**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Missouri**

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Tegethoff Development, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84- 4332787** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **132 N. Brentwood Blvd.**<br>Number      Street | Number      Street |
| **Saint Louis**      **MO**   **63105**<br>City                 State   Zip Code | City                      State   Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **ST. LOUIS**<br>County | Number                 Street |
| | City                      State   Zip Code |

5. **Debtor's website (URL)**   _____

Debtor   **Tegethoff Development, LLC**                                    Case number *(if known)* _____
            Name

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

---

**7.   Describe debtor's business:**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor   **Tegethoff Development, LLC**                              Case number *(if known)* _____
          Name

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM/DD/YYYY

District _____ When _____ Case number _____
                                MM/DD/YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                MM/DD/YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number          Street

_____
City          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

Debtor      **Tegethoff Development, LLC**                                    Case number *(if known)*
_____
Name

---

## Statistical and administrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☑ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **6/1/2026**
_____
MM / DD / YYYY

✗ **/s/ Jeffrey  J Tegethoff**                          **Jeffrey J Tegethoff**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

---

Copyright © Financial Software Solutions, LLC      BlueStylus

Debtor   **Tegethoff Development, LLC**
_____ Name _____      Case number _(if known)_ _____

18.  **Signature of attorney**   ✗ **/s/ Robert Eggmann**   Date **6/1/2026**
_____ Signature of attorney for debtor _____      MM / DD / YYYY

**Robert Eggmann**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 South Central Ave., Ste. 1800**
Number          Street

**Saint Louis**                              **MO**        **63105**
City                                                   State       ZIP Code

**(314) 854-8600**                         **ree@carmodymacdonald.com**
Contact Phone                              Email address

**37374**                                       **Missouri**
Bar number                                   State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 5 of 5

Copyright © Financial Software Solutions, LLC      BlueStylus

**Fill in this information to identify the case and this filing:**

Debtor Name __**Tegethoff Development, LLC**__

United States Bankruptcy Court for the: __**Eastern District of Missouri**__

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**6/1/2026**__
MM/DD/YYYY

X __**/s/ Jeffrey  J Tegethoff**__
Signature of individual signing on behalf of debtor

__**Jeffrey J Tegethoff**__
Printed name

__**Manager**__
Position or relationship to debtor

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor Name    **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Solera Pearl, LLC 12085 Leighton Court Carmel, IN 46032 | Solera Pearl, LLC () - agrant@mccarter.com | Joint judgment creditors with Solera Expo, LLC and Aspen Investment Group, LLC. | | | | $13,000,000.00 |
| 2  Jordan & Lauren Wilson Joint Revocable Trust | Jordan & Lauren Wilson Joint Revocable Trust () - jordan@timekey.us | Guaranty | | | | $2,000,000.00 |
| 3  Groundgame Political Solutions, LLC c/o Edward Greim Graves Garrett Greim 1100 Main Street | Suite 2700 Kansas City, MO 64105 | Groundgame Political Solutions, LLC () - edgreim@gravesgarrett.com | Settlement Agreement payment obligation | | | | $1,400,000.00 |

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor Name   **Tegethoff Development, LLC**

United States Bankruptcy Court for the:  **Eastern District of Missouri**

Case number (*If known*):

☐ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

### Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................................

   | | |
   |---|---|
   | $ | 0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................................

   | | |
   |---|---|
   | $ | 51,703,838.17 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................................................

   | | |
   |---|---|
   | $ | 51,703,838.17 |

### Summarize Your Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D...........................................

   | | |
   |---|---|
   | $ | 523,148,796.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................................

   | | |
   |---|---|
   | $ | 0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................................................

   | | | |
   |---|---|---|
   | **+** | $ | 16,400,000.00 |

4. **Total liabilities** ..............................................................................................................................
   Lines 2 + 3a + 3b

   | | |
   |---|---|
   | $ | 539,548,796.00 |

Copyright © Financial Software Solutions, LLC
BlueStylus

**Fill in this information to identify your case:**

Debtor Name  **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

   ☐  No. Go to Part 2.

   ☒  Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $ 100,000.00 |
| **Description: Cash on Hand** | | | |

3.  **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| **3.1** | **Bank of Washington** | **Checking Account** | **1695** | $ 1.59 |
| **3.2** | **UMB** | **Money Market Account** | **5696** | $ 2,445,812.58 |

4.  **Other cash equivalents** (*Identify all*)

5.  **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ **2,545,814.17**

| Official Form 206A/B | **Schedule A/B: Property** | page 1 of 12 |
|---|---|---|
| Copyright © Financial Software Solutions, LLC | | BlueStylus |

Debtor    **Tegethoff Development, LLC**                    Case number *(if known)* _____
_____
          Name

---

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.

   $ _____ **0.00**

---

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**
    - ☑ No. Go to Part 4.
    - ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

    **11a. 90 days old or less:** _____ − _____ = $ _____
                                    face amount      doubtful or uncollectible accounts

    **11b. Over 90 days old:** _____ − _____ = $ _____
                                face amount       doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

    $ _____ **0.00**

---

Official Form 206A/B          **Schedule A/B: Property — Real and Personal Property**          page 2 of 12

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor    **Tegethoff Development, LLC**                                    Case number *(if known)* _____
          Name

---

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐  No. Go to Part 5.

☑  Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | Valuation method | Current value |
|---|---|---|---|---|
| 15.1  **8045 Big Bend, LLC** | 100.00 | % | | $ 881,841.00 |
| 15.2  **BAR Investment Fund** | 1.70 | % | | $ 125,000.00 |
| 15.3  **Chapter at the Streets, LLC** | 10.00 | % | | $ 350,000.00 |
| 15.4  **CRG - Placentia GP, LLC** | 11.43 | % | | $ 1,087,000.00 |
| 15.5  **CRG GP Fund I, LP** | 4.00 | % | | $ 1,720,000.00 |
| 15.6  **CRG GP Fund II, LP** | 3.52 | % | | $ 3,892,643.00 |
| 15.7  **CRG GP Investments II Mixed-Use 1, LLC** | 50.00 | % | | $ 1,950,150.00 |
| 15.8  **Ellis Apartments, LP** | 0.00 | % | | $ 80,844.00 |
| 15.9  **GLC Stabilized Income Fund I, LLC** | 0.20 | % | | $ 329,246.00 |
| 15.10  **Helen Louise Apartments, LP** | 0.00 | % | | $ 169,420.00 |

---

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor   **Tegethoff Development, LLC**                          Case number *(if known)* _____
                    Name

| | | | | |
|---|---|---|---|---|
| 15.11 | **Lakeport Hotel GP, LLC** | 13.04 | % | $ 12,994,360.00 |
| 15.12 | **Lakeport Village, LLC** | 10.00 | % | $ 8,788,225.00 |
| 15.13 | **Oasis at Lakeport, LLC** | 10.38 | % | $ 5,592,136.00 |
| 15.14 | **Old Hickory Partners, LLC** | 8.33 | % | $ 871,955.00 |
| 15.15 | **One Fulton Market General Partner, LLC** | 2.70 | % | $ 1,128,985.00 |
| 15.16 | **Preserve at Sycamore Creek, LLC** | 9.28 | % | $ 2,366,400.00 |
| 15.17 | **Signature at West Pryor, LLC** | 10.75 | % | $ 1,298,014.00 |
| 15.18 | **TD Zuelke Investment, LLC** | 35.00 | % | $ 1,021,789.00 |
| 15.19 | **USLF II QP Partners, LP** | 0.43 | % | $ 995,557.00 |
| 15.20 | **Vanguard Villas, LLC** | 20.00 | % | $ 2,436,364.00 |
| 15.21 | **WildHorse Village GP, LLC** | 20.00 | % | $ 1,078,095.00 |

Official Form 206A/B                    **Schedule A/B: Property — Real and Personal Property**                    page 4 of 12
Copyright © Financial Software Solutions, LLC                                                                                    BlueStylus

Debtor     **Tegethoff Development, LLC**                    Case number *(if known)* _____
                    Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                     $ _____ **49,158,024.00**

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
  - ☒ No. Go to Part 6.
  - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| | | | | |
|---|---|---|---|---|
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                     $ _____ **0.00**

24. **Is any of the property listed in Part 5 perishable?**
  - ☒ No
  - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
  - ☒ No
  - ☐ Yes.

Book value   $ _____   Valuation method _____   Current Value   $ _____

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
  - ☒ No
  - ☐ Yes

---

Copyright © Financial Software Solutions, LLC                                     BlueStylus

Debtor    **Tegethoff Development, LLC**                              Case number *(if known)*
_____
Name

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

_____    $ _____    _____    $ _____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

_____    $ _____    _____    $ _____

30. **Farm machinery and equipment (Other than titled motor vehicles)**

_____    $ _____    _____    $ _____

31. **Farm and fishing supplies, chemicals, and feed**

_____    $ _____    _____    $ _____

32. **Other farming and fishing-related property not already listed in Part 6**

_____    $ _____    _____    $ _____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                $ _____ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☑ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

Book value    $ _____    Valuation method _____    Current Value    $ _____

Copyright © Financial Software Solutions, LLC                                                                    BlueStylus

Debtor   **Tegethoff Development, LLC**                     Case number *(if known)* _____
      Name

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | $ | | $ |

43. **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.                                $ _____ **0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                             BlueStylus

Debtor **Tegethoff Development, LLC**          Case number *(if known)* _____
          Name

45  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | $ | | $ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | $ | | $ |
| 49. **Aircraft and accessories** | | | |
| | $ | | $ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | $ | | $ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ _____ **0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor      **Tegethoff Development, LLC**                                    Case number *(if known)* _____
                  Name

---

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ **0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

_____     $ _____     _____     $ _____

**61. Internet domain names and websites**

_____     $ _____     _____     $ _____

**62. Licenses, franchises, and royalties**

_____     $ _____     _____     $ _____

**63. Customer lists, mailing lists, or other compilations**

_____     $ _____     _____     $ _____

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor __**Tegethoff Development, LLC**_____ Case number *(if known)* _____
     Name

64. **Other intangibles, or intellectual property**

_____ $ _____ _____ $ _____

65. **Goodwill**

_____ $ _____ _____ $ _____

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.               $ _____**0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

                                                **Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____ _____ = $ _____
               Total face amount     doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____ Tax Year _____ $ _____

73. **Interests in insurance policies or annuities**

_____ $ _____

Copyright © Financial Software Solutions, LLC                                           BlueStylus

Debtor    **Tegethoff Development, LLC**                                  Case number *(if known)*
_____
Name

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Cause of action against Big T, LLC / Fred Ross / Big Thunder Marine Fabrication LLC**                                                                           $                    **Unknown**

**Nature of claim**    **Breach of Fiduciary Duty / Breach of Contract / Fraud**

**Amount requested**    $             **Unknown**

**Cause of action against Canvas Wealth Advisors, LLC / Drew Waldron / Chris Ross**                                                                           $                    **Unknown**

**Nature of claim**    **Breach of Fiduciary Duty/Fraud**

**Amount requested**    $             **Unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$ _____

**Nature of claim** _____

**Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

$ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                                          $                    **0.00**

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Debtor | **Tegethoff Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ **2,545,814.17** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ **0.00** | |
| 82. **Accounts receivable**. *Copy line 12, Part 3.* | $ **0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ **49,158,024.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ **0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ **0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ **0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ **0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ **0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ **0.00** | |
| 90. **All other assets**. *Copy line 78, Part 11.* ✚ | $ **0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column...................... 91a. | $ **51,703,838.17** ✚ 91b. | $ **0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................................................... $ **51,703,838.17**

Copyright © Financial Software Solutions, LLC     BlueStylus

**Fill in this information to identify your case:**

Debtor Name  **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*):

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.1**

**Creditor's Name**

**Bank of Washington**

**Creditor's mailing address**

**7701 Forsyth Blvd., Ste. 100**
**Saint Louis, MO 63105**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    **1695**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ **1,680,659.00**   $ **2,562,500.00**

**Describe the lien**

**Guaranty**

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Description**

**Guaranty**

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor   **Tegethoff Development, LLC**_____   Case number *(if known)* _____
     Name

---

| **2.2** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**Bank of Washington**

**Describe debtor's property that is subject to a lien**

**15.2 8045 Big Bend, LLC**     $ **4,017,420.00**   $ **0.00**

**Creditor's mailing address**
**7701 Forsyth Blvd., Ste. 100**
**Saint Louis, MO 63105**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
**Guaranty**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Line of Credit Guaranty**

---

| **2.3** | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**CastleGreen Finance**

**Describe debtor's property that is subject to a lien**

**15.7 Oasis at Lakeport, LLC**     $ **65,000,000.00**   $ **526,751,457.00**

**15.8 Lakeport Hotel GP, LLC**

**15.6 Lakeport Village, LLC**

**Creditor's mailing address**
**3 W. Main Street**
**Suite 103**
**Irvington, NY 10533**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
**Guaranty**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Guaranty**

---

Copyright © Financial Software Solutions, LLC                                               BlueStylus

Debtor    **Tegethoff Development, LLC**                                    Case number *(if known)* _____
              Name

| 2.4 | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**Centier Bank**                                                        $   **11,497,500.00**   $   **79,000,000.00**

**Creditor's mailing address**
**600 E. 84th Ave.**
**Merrillville, IN 46410**

**Creditor's email address, if known**          **Describe the lien**                    **Description**
_____          **Guaranty**                             | **Guaranty secured by real estate owned by Signature at Carmel, LLC.** |

**Date debt was incurred** _____          **Is the creditor an insider or related party?**
                                                ☒ No
**Last 4 digits of account number** _____          ☐ Yes

**Do multiple creditors have an interest in the same property?**          **Is anyone else liable on this claim?**
☒ No                                            ☒ No
☐ Yes. Have you already specified the relative priority?          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No.  Specify each creditor, including this          **As of the petition filing date, the claim is:**
        creditor, and its relative priority.          Check all that apply.
        _____          ☐ Contingent
   ☐ Yes. The relative priority of creditors is          ☐ Unliquidated
        specified on lines _____          ☐ Disputed

---

| 2.5 | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**CIBC**                                                               $   **26,550,000.00**   $                **0.00**

**Creditor's mailing address**
**120 South LaSalle Street**
**Chicago, IL 60603**

**Creditor's email address, if known**          **Describe the lien**                    **Description**
_____          **Guaranty**                             | **Guaranty secured by real estate owned by Expo at Forest Park GP, LLC** |

**Date debt was incurred** _____          **Is the creditor an insider or related party?**
                                                ☒ No
**Last 4 digits of account number** _____          ☐ Yes

**Do multiple creditors have an interest in the same property?**          **Is anyone else liable on this claim?**
☒ No                                            ☒ No
☐ Yes. Have you already specified the relative priority?          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   ☐ No.  Specify each creditor, including this          **As of the petition filing date, the claim is:**
        creditor, and its relative priority.          Check all that apply.
        _____          ☒ Contingent
   ☐ Yes. The relative priority of creditors is          ☐ Unliquidated
        specified on lines _____          ☐ Disputed

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor  **Tegethoff Development, LLC**  
_____Name_____  Case number *(if known)* _____

---

**2.6** **Creditor's Name**

**Commerce Bank**

**Creditor's mailing address**
**8000 Forsyth Blvd.**
**Saint Louis, MO 63105**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ __58,900,000.00__  $ __85,000,000.00__

**Describe the lien**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Guaranty secured by real estate owned by Old Hickory Village, LP**

---

**2.7** **Creditor's Name**

**Community America Credit Union**

**Creditor's mailing address**
**9777 Ridge Dr.**
**Lenexa, KS 66219**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**15.4 Signature at West Pryor, LLC**

**15.3 Vanguard Villas, LLC**

$ __29,690,000.00__  $ __83,636,363.00__

**Describe the lien**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Guaranty**

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    **Tegethoff Development, LLC**                                      Case number *(if known)* _____
　　　　　　　　Name

---

**2.8**  **Creditor's Name**

**INB**

**Creditor's mailing address**
**Attn: Loan Operations**
**322 E. Capitol Ave.**
**Springfield, IL 62701**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ ___7,600,000.00__  $ ___10,000,000.00__

**Describe the lien**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Guaranty secured by real estate owned by Expo at Forest Park GP**

---

**2.9**  **Creditor's Name**

**Lake City Bank**

**Creditor's mailing address**
**202 E. Center St.**
**Warsaw, IN 46580**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
　　☐ No.  Specify each creditor, including this creditor, and its relative priority.
　　　　_____
　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ ___48,000,000.00__  $ ___93,372,150.00__

**Describe the lien**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Guaranty secured by real estate owned by Cityview Fishers, LLC**

---

Official Form 206D              **Schedule D: Creditors Who Have Claims Secured by Property**              page 5 of 8

Copyright © Financial Software Solutions, LLC                                                                   BlueStylus

Debtor      **Tegethoff Development, LLC**                                    Case number *(if known)* _____
             Name

---

**2.10** | **Creditor's Name**

**Robert G. Clark as trustee of Robert G. Clark Revocable Living Trust U/T/A Dated December 1, 1994**

**Describe debtor's property that is subject to a lien**

$ **4,000,000.00**   $ **Unknown**

**Creditor's mailing address**
**8039 Park Dr.**
**Richmond Heights, MO 63117**

**Creditor's email address, if known**
_____

**Describe the lien**
**Guaranty**

**Description**
**Advance against future distribution.**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.11** | **Creditor's Name**

**Star Bank**

**Describe debtor's property that is subject to a lien**

**15.20 Ellis Apartments, LP**

**15.21 Helen Louise Apartments, LP**

$ **3,913,217.00**   $ **4,500,000.00**

**Creditor's mailing address**
**215 West Main Street**
**Fort Wayne, IN 46802**

**Creditor's email address, if known**
_____

**Describe the lien**
**Guaranty**

**Description**
**Guaranty**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D | **Schedule D: Creditors Who Have Claims Secured by Property** | page 6 of 8
Copyright © Financial Software Solutions, LLC | | BlueStylus

Debtor   **Tegethoff Development, LLC**                                    Case number *(if known)* _____
Name

---

**2.12** | **Creditor's Name**

**UMB**

**Creditor's mailing address**
**9 Brentwood Promenade Ct.**
**Saint Louis, MO 63144**

**Describe debtor's property that is subject to a lien**

| **15.9 Preserve at Sycamore Creek, LLC** | $ **39,800,000.00** | $ **65,300,000.00** |

**Creditor's email address, if known**
_____

**Describe the lien**
**Guaranty**

**Description**
**Guaranty**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.13** | **Creditor's Name**

**UMB**

**Creditor's mailing address**
**9 Brentwood Promenade Ct.**
**Saint Louis, MO 63144**

**Describe debtor's property that is subject to a lien**

| | $ **2,500,000.00** | $ **2,500,000.00** |

**Creditor's email address, if known**
_____

**Describe the lien**
**Guaranty**

**Description**
**Restricted cost account Guaranty**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor    **Tegethoff Development, LLC**                                            Case number *(if known)* _____
                    Name

| 2.14 | **Creditor's Name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

**X-Caliber Advisors**

| | 15.7 Oasis at Lakeport, LLC | $  220,000,000.00 | $  526,751,457.00 |
|---|---|---|---|
| | 15.8 Lakeport Hotel GP, LLC | | |
| | 15.6 Lakeport Village, LLC | | |

**Creditor's mailing address**
3 W. Main St.
Suite 103
Irvington, NY 10533

**Creditor's email address, if known**
_____

**Describe the lien**
**Guaranty**

**Description**

**Real estate owned by Oasis at Lakeport, LLC, Lakeport Hotel GP, LLC, Lakeport Village, LLC Guaranty**

**Date debt was incurred** _____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**

$  523,148,796.00

---

| Part 2: | **List Others to Be Notified for a Debt That You Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify your case:**

Debtor  **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | Total Claim | Priority Amount |
| --- | --- | --- | --- |

**2.1**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
| --- | --- | --- |

**Internal Revenue Service**

**Centralized Insolvency Operation
P.O. Box 7346**

**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 0.00   $ _____ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Taxes Owed**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**

**Notice Only**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _____ )

---

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    **Tegethoff Development, LLC**                               Case number *(if known)* _____
Name

---

| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
|---|---|---|---|---|

**Missouri Department of Revenue**                                                          $ _____ 0.00   $ _____ 0.00

**Attn: Bankruptcy Unit**                        ☐ Contingent
**P.O. Box 475**                                 ☐ Unliquidated
                                                 ☐ Disputed
**Jefferson City, MO 65105**

**Date or dates debt was incurred**        **Basis for the claim:**

_____                 **Taxes Owed**
                                           _____

**Last 4 digits of account number** _____    **Is the claim subject to offset?**      Description
                                                ☒ No                              ┌──────────────────┐
**Specify Code subsection of PRIORITY**          ☐ Yes                             │ **Notice Only**  │
**unsecured claim:** 11 U.S.C. § 507(a) ( _____ )                                │                  │
                                                                                  └──────────────────┘

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | |
|---|---|---|---|

                                                                                  $ _____ 0.00

**Clayton Kuhn and Corbin Robinson**             ☐ Contingent
                                                 ☐ Unliquidated
**Sandberg Phoenix & von Gontard P.C.**          ☐ Disputed
**701 Market Street, Suite 600**

**Saint Louis, MO 63101**

**Date or dates debt was incurred**        **Basis for the claim:**          Description

_____                 **Notice Only**                  ┌──────────────────┐
                                           _____        │ **Notice Only**  │
**Last 4 digits of account number** _____   **Is the claim subject to offset?** │             │
                                               ☒ No                         │                  │
                                               ☐ Yes                        └──────────────────┘

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    **Tegethoff Development, LLC**                                Case number *(if known)* _____
          Name

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |

**Drew Waldron**

**14608 Linden St.**

**Overland Park, KS 66224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**
**Notice Only**

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,400,000.00 |

**Groundgame Political Solutions, LLC**

**c/o Edward Greim**
**Graves Garrett Greim**
**1100 Main Street | Suite 2700**

**Kansas City, MO 64105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Settlement Agreement payment obligation**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**
**Settlement Agreement payment obligation**

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 0.00 |

**Jason Woodrow Kinser**

**8000 Maryland Ave., Ste. 1500**

**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Basis for the claim:**
**Notice Only**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**
**Notice Only**

---

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor     **Tegethoff Development, LLC**                              Case number *(if known)* _____
                 Name

---

**3.5** | **Nonpriority creditor's name and mailing address**

**Jordan & Lauren Wilson Joint Revocable Trust**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,000,000.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Guaranty**

**Description**
**Guaranty**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**

**Solera Pearl, LLC**

**12085 Leighton Court**

**Carmel, IN 46032**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **13,000,000.00**

**Date or dates debt was incurred**
**11/2025**

**Basis for the claim:**
**Judgment**

**Description**
**Joint judgment creditors with Solera Expo, LLC and Aspen Investment Group, LLC.**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Stifel Bank**

**c/o Lewis Rice**
**600 Washington Ave.**
**Ste. 2500**

**Saint Louis, MO 63131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **0.00**

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Non-monetary reporting obligation**

**Description**
**Non-monetary reporting obligation**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor **Tegethoff Development, LLC**
Name

Case number *(if known)* _____

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $ 0.00 |

**Thomas W. Hayde Jr**

**Suite 1000**
**1 N Brentwood Blvd,**

**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
**Notice Only**

**Description**
**Notice Only**

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|
| **4.1** **Bart C Sullivan** **One Memorial Drive** **12th Floor** **Saint Louis, MO 63102** | Line **3.6** ☐ Not listed. Explain _____ | _____ |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   **Add the amounts of priority and nonpriority unsecured claims.**          **Total of claim amounts**

5a.   **Total claims from Part 1**          5a.          $ 0.00

5b.   **Total claims from Part 2**          5b.   **+**   $ 16,400,000.00

5c.   **Total of Parts 1 and 2**
Lines 5a + 5b = 5c.          5c.          $ 16,400,000.00

---

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor Name   **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

| 2.   **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

**Fill in this information to identify your case:**

Debtor Name   **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |

Copyright © Financial Software Solutions, LLC                                                  BlueStylus

**Fill in this information to identify your case:**

Debtor name  **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (If known):

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From **1/1/2026** MM/DD/YYYY | to   Filing date | ☑ Operating a business ☐ Other | $ **1,100,000.00** |
| **For prior year:** | From **1/1/2025** MM/DD/YYYY | to **12/31/2025** MM/DD/YYYY | ☑ Operating a business ☐ Other | $ **4,000,000.00** |
| **For the year before that:** | From **1/1/2024** MM/DD/YYYY | to **12/31/2024** MM/DD/YYYY | ☑ Operating a business ☐ Other | $ **7,784,717.66** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ MM/DD/YYYY | to   Filing date | | $ |
| **For prior year:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | | $ |
| **For the year before that:** | From _____ MM/DD/YYYY | to _____ MM/DD/YYYY | | $ |

Copyright © Financial Software Solutions, LLC                                                        BlueStylus

Debtor  **Tegethoff Development, LLC** _____   Case number *(if known)* _____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** _____ Creditor's Name _____ Number      Street _____ City            State   ZIP Code | _____ _____ _____ | $ _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1** _____ Insider's Name _____ Number      Street _____ City            State   ZIP Code **Relationship to debtor** _____ | _____ _____ _____ | $ _____ | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

Copyright © Financial Software Solutions, LLC                                        BlueStylus

Debtor   **Tegethoff Development, LLC**                                    Case number *(if known)*   _____
         Name

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| **5.1** _____ <br> Creditor's Name <br><br> _____ <br> Number      Street <br><br> _____ <br> City            State   ZIP Code | | _____ | $ _____ |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1** _____ <br> Creditor's Name <br><br> _____ <br> Number      Street <br><br> _____ <br> City            State   ZIP Code | <br><br><br> Last 4 digits of account number: XXXX– _____ | _____ | $ _____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | **Solera Pearl, LLC et al v. Pearl Capital Management, LLC et al.** <br><br> **Case Number** <br> **49D01-2312-PL-049785** | | **Marion County Superior Court** <br> Creditor's Name <br><br> **675 Justice Wy** <br> Number      Street <br><br> **Indianapolis    IN    46203** <br> City            State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

Debtor      **Tegethoff Development, LLC**                                      Case number *(if known)* _____
             Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.2** | **Solera Pearl, LLC et al v. Pearl Capital Management, LLC** | **CC Reg Foreign Jgmt (excl DR)** | **St. Louis County Circuit Court**<br>Creditor's Name | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case Number**<br>**25SL-CC14097** | | **105 South Central Ave.**<br>Number      Street<br><br>**Saint Louis          MO     63105**<br>City                State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.3** | **Jeffrey Tegethoff et al v. Old Hickory Partners et al.** | **Injunction** | **St. Louis County Circuit Court**<br>Creditor's Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case Number**<br>**26SL-CC03677** | | **105 South Central Avenue**<br>Number      Street<br><br>**Saint Louis          MO     63105**<br>City                State   ZIP Code | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.4** | **Solera Multifamily, LLC, and Hickory Investors, LLC, v. Tegethoff Development, LLC et al.** | **Tort Claim** | **United States District Court, Eastern District of Missouri**<br>Creditor's Name | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case Number**<br>**4:25-cv-01877-JMB** | | **111 S. Tenth Street**<br>Number      Street<br><br>**Saint Louis          MO     63102**<br>City                State   ZIP Code | |

8.   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Copyright © Financial Software Solutions, LLC                                                BlueStylus

Debtor    **Tegethoff Development, LLC**                                            Case number *(if known)*
_____
Name

| Custodian's name and address | Description of the property | Value |
|---|---|---|

**8.1** _____                    _____              $ _____
Custodian's name

| | Case title | Court name and address |
|---|---|---|

_____                    _____              _____
Number      Street                                                         Court's Name

| | Case number | |
|---|---|---|

_____                    _____              _____
City          State   ZIP Code                                           Number      Street

| | Date of order or assignment | |
|---|---|---|

_____              _____
City          State   ZIP Code

_____

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**9.1** _____                                                                  _____  $ _____
Recipient's Name

_____
Number      Street

_____
City          State   ZIP Code

**Recipient's relationship to debtor**

_____

Copyright © Financial Software Solutions, LLC                                                                     BlueStylus

Debtor  **Tegethoff Development, LLC**  Case number *(if known)* _____
Name

---

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1** | | | $ |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1 Carmody MacDonald P.C.**<br>Recipient's Name<br><br>**120 South Central Ave., Ste. 1800**<br>Number  Street<br><br>**Saint Louis  MO  63105**<br>City  State  ZIP Code<br><br>Email or website address<br>**www.carmodymacdonald.com**<br><br>Who made the payment, if not debtor? | | **05/27/26** | $  **80,000.00** |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

---

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page 6 of 17

Copyright © Financial Software Solutions, LLC  BlueStylus

Debtor    **Tegethoff Development, LLC**                                    Case number *(if known)* _____
Name

| | **Name of trust or device** | **Describe any property transferred** | **Dates transfers were made** | **Total amount or value** |
|---|---|---|---|---|
| **12.1** | _____ | | _____ | $ _____ |
| | **Trustee** | | | |
| | _____ | | | |

---

13. **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | **Who received transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
| **13.1** | _____<br>Recipient's Name | | _____ | $ _____ |
| | _____<br>Number       Street | | | |
| | _____<br>City            State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

## Part 7:    Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

Debtor    **Tegethoff Development, LLC**                                    Case number *(if known)*
        Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.1**

_____
Facility Name

_____
Number        Street

_____
City              State    ZIP Code

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
|---|---|---|

*Check all that apply:*

☐ Electronically

☐ Paper

---

**Part 9:**    **Personally Identifiable Information**

16.    **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes.   State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

17.    **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes.   Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

        Has the plan been terminated?

        ☐ No

        ☐ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18.    **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor   **Tegethoff Development, LLC**                                   Case number *(if known)* _____
         Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**18.1** _____     XXXX– _____   ☐ Checking          _____   $ _____
        Name                                         ☐ Savings
                                                     ☐ Money market
        _____                     ☐ Brokerage
        Number    Street                             ☐ Other _____

        _____
        City          State   ZIP Code

```
[                                                                              ]
```

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **19.1** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City    State   ZIP Code | <br><br>**Address** | | ☑ No<br>☐ Yes |

```
[                                                                              ]
```

**20.   Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City    State   ZIP Code | <br><br>**Address** | | ☑ No<br>☐ Yes |

```
[                                                                              ]
```

Copyright © Financial Software Solutions, LLC                                   BlueStylus

Debtor   **Tegethoff Development, LLC**                                    Case number *(if known)* _____
         Name

---

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.1 | _____ <br> Owner's Name <br><br> _____ <br> Number      Street <br><br> _____ <br> City            State   ZIP Code | | | $ _____ |

---

| Part 12: | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- ■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- ■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- ■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| 22.1 | _____ <br><br> **Case Number** <br> _____ | _____ <br> Name <br><br> _____ <br> Number      Street <br><br> _____ <br> City            State   ZIP Code | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

---

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor _____**Tegethoff Development, LLC**_____     Case number *(if known)* _____
                Name

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | | | | |
| | Name | Name | | |
| | | | | |
| | Number    Street | Number    Street | | |
| | | | | |
| | City          State   ZIP Code | City          State   ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | | | | |
| | Name | Name | | |
| | | | | |
| | Number    Street | Number    Street | | |
| | | | | |
| | City          State   ZIP Code | City          State   ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | | | EIN: _____ |
| | Name | | **Dates business existed** |
| | | | |
| | Number    Street | | From _____  To  **Present** |
| | | | |
| | City          State   ZIP Code | | |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

Debtor    **Tegethoff Development, LLC**                                      Case number *(if known)* _____
          Name

26.    **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐    None

| Name and address | Dates of service |
|---|---|
| **26a.1    Ashley Attar**<br>Name | From _____  To **Present** |
| **KSM**<br>**800 East 96th St. Suite 500**<br>Number         Street | |
| **Indianapolis**                **IN**    **46240**<br>City                              State    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2    Josh Malarsky**<br>Name | From _____  To **Present** |
| **KSM**<br>**800 East 96th St. Suite 500**<br>Number         Street | |
| **Indianapolis**                **IN**    **46240**<br>City                              State    ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑    None

| Name and address | Dates of service |
|---|---|
| **26b.1**<br>_____<br>Name | From _____  To **Present** |
| _____<br>Number         Street | |
| _____<br>City                              State    ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑    None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1**<br>_____<br>Name | |
| _____<br>Number         Street | |
| _____<br>City                              State    ZIP Code | |

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 12 of 17

Copyright © Financial Software Solutions, LLC                                                                                       BlueStylus

Debtor    **Tegethoff Development, LLC**                                    Case number *(if known)* _____
          Name

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐    None

**Name and address**

**26d.1**    **Bank of Washington**
             Name

             **7701 Forsyth Blvd., Ste. 100**
             Number        Street

             **Saint Louis**                                **MO**    **63105**
             City                                          State     ZIP Code

**Name and address**

**26d.2**    **CastleGreen Finance**
             Name

             **3 W. Main Street**
             **Suite 103**
             Number        Street

             **Irvington**                                 **NY**    **10533**
             City                                          State     ZIP Code

**Name and address**

**26d.3**    **Centier Bank**
             Name

             **600 E. 84th Ave.**
             Number        Street

             **Merrillville**                              **IN**    **46410**
             City                                          State     ZIP Code

**Name and address**

**26d.4**    **CIBC**
             Name

             **120 South LaSalle Street**
             Number        Street

             **Chicago**                                   **IL**    **60603**
             City                                          State     ZIP Code

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page 13 of 17

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor   **Tegethoff Development, LLC**
Name
Case number *(if known)*

---

| Name and address | |
|---|---|
| **26d.5** | **Commerce Bank** |
| | Name |
| | **8000 Forsyth Blvd.** |
| | Number   Street |
| | **Saint Louis**      **MO**   **63105** |
| | City      State   ZIP Code |

| Name and address | |
|---|---|
| **26d.6** | **Community America Credit Union** |
| | Name |
| | **9777 Ridge Dr.** |
| | Number   Street |
| | **Lenexa**      **KS**   **66219** |
| | City      State   ZIP Code |

| Name and address | |
|---|---|
| **26d.7** | **Lake City Bank** |
| | Name |
| | **202 E. Center St.** |
| | Number   Street |
| | **Warsaw**      **IN**   **46580** |
| | City      State   ZIP Code |

| Name and address | |
|---|---|
| **26d.8** | **Star Bank** |
| | Name |
| | **9717 Landmark Pkwy Dr.** |
| | Number   Street |
| | **Saint Louis**      **MO**   **63127** |
| | City      State   ZIP Code |

| Name and address | |
|---|---|
| **26d.9** | **Stifel Bank & Trust** |
| | Name |
| | **P.O. Box 77423** |
| | Number   Street |
| | **Trenton**      **NJ**   **08628** |
| | City      State   ZIP Code |

---

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page 14 of 17

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor     **Tegethoff Development, LLC**                                          Case number *(if known)* _____
          Name

|  | **Name and address** |
|---|---|
| **26d.10** | **UMB** |
| | Name |
| | **9 Brentwood Promenade Ct.** |
| | Number     Street |
| | **Saint Louis**                    **MO**    **63144** |
| | City                               State    ZIP Code |

|  | **Name and address** |
|---|---|
| **26d.11** | **X-Caliber Advisors** |
| | Name |
| | **3 W. Main St.** |
| | **Suite 103** |
| | Number     Street |
| | **Irvington**                      **NY**    **10533** |
| | City                               State    ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| | | | $ _____ |
| **Name and address of the person who has possession of inventory records** | | | |
| **27.1** | | | |
| Name | | | |
| Number       Street | | | |
| City                          State    ZIP Code | | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|---|
| **28.1** | **Jeffrey J. Tegethoff** | **132 N. Brentwood Blvd.**<br>**Clayton, MO 63105** | **Managing Partner** | **100.00** |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 15 of 17

Copyright © Financial Software Solutions, LLC                                      BlueStylus

Debtor   **Tegethoff Development, LLC**                                    Case number *(if known)*
         Name

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **29.1** | | | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.1** _____ | | | |
| Recipient's Name | | | |
| _____ | | | |
| Number        Street | | | |
| _____ | | | |
| City                State   ZIP Code | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

Copyright © Financial Software Solutions, LLC                                    BlueStylus

Debtor    **Tegethoff Development, LLC**
          <sub>Name</sub>                                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|----------|---------------------------|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **6/1/2026**
               MM/DD/YYYY

✗    **/s/ Jeffrey  J Tegethoff**                          Printed name    **Jeffrey J Tegethoff**
     Signature of individual signing on behalf of the debtor

     Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑  No
☐  Yes

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 17 of 17

Copyright © Financial Software Solutions, LLC                                                          BlueStylus

# United States Bankruptcy Court

### Eastern District of Missouri

In re   **Tegethoff Development, LLC**

Debtor(s)

Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **6/1/2026** _____

**/s/ Jeffrey  J Tegethoff**

**Jeffrey  J Tegethoff**
Signature of Debtor

**Creditor Matrix**                                                                                     page 1 of 4

Copyright © Financial Software Solutions, LLC

**Bank of Washington**
**7701 Forsyth Blvd., Ste. 100**
**Saint Louis, MO 63105**

**Bart C Sullivan**
**One Memorial Drive**
**12th Floor**
**Saint Louis, MO 63102**

**CastleGreen Finance**
**3 W. Main Street**
**Suite 103**
**Irvington, NY 10533**

**Centier Bank**
**600 E. 84th Ave.**
**Merrillville, IN 46410**

**CIBC**
**120 South LaSalle Street**
**Chicago, IL 60603**

**Clayton Kuhn and Corbin Robinson**
**Sandberg Phoenix & von Gontard P.C.**
**701 Market Street, Suite 600**
**Saint Louis, MO 63101**

**Commerce Bank**
**8000 Forsyth Blvd.**
**Saint Louis, MO 63105**

**Community America Credit Union**
**9777 Ridge Dr.**
**Lenexa, KS 66219**

Copyright © Financial Software Solutions, LLC

**Drew Waldron**
**14608 Linden St.**
**Overland Park, KS 66224**


**Groundgame Political Solutions, LLC**
**c/o Edward Greim**
**Graves Garrett Greim**
**1100 Main Street | Suite 2700**
**Kansas City, MO 64105**


**INB**
**Attn: Loan Operations**
**322 E. Capitol Ave.**
**Springfield, IL 62701**


**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**


**Jason Woodrow Kinser**
**8000 Maryland Ave., Ste. 1500**
**Saint Louis, MO 63105**


**Jordan & Lauren Wilson Joint Revocable Trust**


**Lake City Bank**
**202 E. Center St.**
**Warsaw, IN 46580**


**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**

**Creditor Matrix**                                                                page 3 of 4

Copyright © Financial Software Solutions, LLC

**Robert G. Clark as trustee of Robert G. Clark Revocable Living Trust U/T/A
Dated December 1, 1994
8039 Park Dr.
Richmond Heights, MO 63117**


**Solera Pearl, LLC
12085 Leighton Court
Carmel, IN 46032**


**Star Bank
215 West Main Street
Fort Wayne, IN 46802**


**Stifel Bank
c/o Lewis Rice
600 Washington Ave.
Ste. 2500
Saint Louis, MO 63131**


**Thomas W. Hayde Jr
Suite 1000
1 N Brentwood Blvd,
Saint Louis, MO 63105**


**UMB
9 Brentwood Promenade Ct.
Saint Louis, MO 63144**


**X-Caliber Advisors
3 W. Main St.
Suite 103
Irvington, NY 10533**

Copyright © Financial Software Solutions, LLC