**United States Bankruptcy Court**
**Eastern District of Missouri**

In re   **Tegethoff Development, LLC**                          Case No.   26-42401

Debtors(s)                                                              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders with is prepared in accordance with rule 1007(a)(3) for filing in this Chapter **11** Case

| Registered Name and last known address or place of business of security holder | Security Class | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| **Jeffrey J. Tegethoff**<br>**132 N. Brentwood Blvd.**<br>**Saint Louis, MO 63105** | | **100%** | **LLC Membership Interest** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **6/11/2026**                          Signature   /s/ Jeffrey J. Tegethoff

                                                                     **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Copyright © Financial Software Solutions, LLC                          BlueStylus