**Fill in this information to identify the case and this filing:**

Debtor Name **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): 26-42401

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ✓ *Amended Schedule D and G*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* ______________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **6/25/2026**
MM/DD/YYYY

✘ **/s/ Jeffrey J Tegethoff**
Signature of individual signing on behalf of debtor

**Jeffrey J Tegethoff**
Printed name

**Manager**
Position or relationship to debtor



Copyright © Financial Software Solutions, LLC BlueStylus

Debtor Name **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): ______

☑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

12/15

### Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........ $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ........ $ **51,703,838.17**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........ $ **51,703,838.17**

### Summarize Your Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D........ $ **525,086,864.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........ $ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........ + $ **16,400,000.00**

4. **Total liabilities** ........ $ **541,486,864.00**
   Lines 2 + 3a + 3b


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor Name **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number *(If known)*: ____________________

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|
| **2.1** Creditor's Name: **Bank of Washington** — Describe debtor's property that is subject to a lien: | $ **1,680,659.00** | $ **2,562,500.00** |

**Creditor's mailing address**
**7701 Forsyth Blvd., Ste. 100**
**Saint Louis, MO 63105**

**Creditor's email address, if known**

**Date debt was incurred** ____________

**Last 4 digits of account number** **1695**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ____________

**Describe the lien**
**Guaranty**

**Description**
**Guaranty**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed


Copyright © Financial Software Solutions, LLC BlueStylus

**2.2** **Creditor's Name**

**Bank of Washington**

**Creditor's mailing address**
**7701 Forsyth Blvd., Ste. 100**
**Saint Louis, MO 63105**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
**15.2 8045 Big Bend, LLC**

$ **4,017,420.00** $ **0.00**

**Describe the lien**
**Guaranty**

**Description**
**Line of Credit Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Creditor's Name**

**CastleGreen Finance**

**Creditor's mailing address**
**3 W. Main Street**
**Suite 103**
**Irvington, NY 10533**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
**15.7 Oasis at Lakeport, LLC**
**15.8 Lakeport Hotel GP, LLC**
**15.6 Lakeport Village, LLC**

$ **65,000,000.00** $ **526,751,457.00**

**Describe the lien**
**Guaranty**

**Description**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed


Copyright © Financial Software Solutions, LLC BlueStylus

**2.4** **Creditor's Name**

**Centier Bank**

**Creditor's mailing address**
**600 E. 84th Ave.**
**Merrillville, IN 46410**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ **11,497,500.00** $ **79,000,000.00**

**Describe the lien**
**Guaranty**

**Description**
**Guaranty secured by real estate owned by Signature at Carmel, LLC.**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** **Creditor's Name**

**CIBC**

**Creditor's mailing address**
**120 South LaSalle Street**
**Chicago, IL 60603**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ **26,550,000.00** $ **0.00**

**Describe the lien**
**Guaranty**

**Description**
**Guaranty secured by real estate owned by Expo at Forest Park GP, LLC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed


Copyright © Financial Software Solutions, LLC BlueStylus

**2.6** **Creditor's Name**

**Commerce Bank**

**Creditor's mailing address**
**8000 Forsyth Blvd.**
**Saint Louis, MO 63105**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ **58,900,000.00** $ **85,000,000.00**

**Describe the lien**
**Guaranty**

**Description**
**Guaranty secured by real estate owned by Old Hickory Village, LP**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** **Creditor's Name**

**Community America Credit Union**

**Creditor's mailing address**
**9777 Ridge Dr.**
**Lenexa, KS 66219**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
**15.4 Signature at West Pryor, LLC**

**15.3 Vanguard Villas, LLC**

$ **29,690,000.00** $ **83,636,363.00**

**Describe the lien**
**Guaranty**

**Description**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Tegethoff Development, LLC** Case number *(if known)*
Name

**2.8** **Creditor's Name**

**INB**

**Creditor's mailing address**
**Attn: Loan Operations**
**322 E. Capitol Ave.**
**Springfield, IL 62701**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
**TIF/CID Revenues**

$ **7,600,000.00** $ **10,000,000.00**

**Describe the lien**

**Description**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**2.9** **Creditor's Name**

**Lake City Bank**

**Creditor's mailing address**
**202 E. Center St.**
**Warsaw, IN 46580**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ **48,000,000.00** $ **93,372,150.00**

**Describe the lien**
**Guaranty**

**Description**
**Guaranty secured by real estate owned by Cityview Fishers, LLC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed


Copyright © Financial Software Solutions, LLC BlueStylus

**2.10** **Creditor's Name**

**R.G. Brinkmann Company**

**Creditor's mailing address**
**Attention: Brian D. Satterthwaite P.E.**
**16650 Chesterfield Grove Road**
**Chesterfield, MO 63005**

**Creditor's email address, if known**
**BSatterthwaite@brinkmannconstructors.com**

**Date debt was incurred** ______

**Last 4 digits of account number** ______

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines ______

**Describe debtor's property that is subject to a lien**
**15.19 Old Hickory Partners, LLC**

$ **1,938,068.00** $ **85,000,000.00**

**Describe the lien**
**Promissory Note**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Ownership interests in Old Hickory Partners, LLC and related development fees and proceeds thereof**

---

**2.11** **Creditor's Name**

**Robert G. Clark as trustee of Robert G. Clark Revocable Living Trust U/T/A Dated December 1, 1994**

**Creditor's mailing address**
**8039 Park Dr.**
**Richmond Heights, MO 63117**

**Creditor's email address, if known**
______

**Date debt was incurred** ______

**Last 4 digits of account number** ______

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines ______

**Describe debtor's property that is subject to a lien**

$ **4,000,000.00** $ **Unknown**

**Describe the lien**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Description**
**Advance against future distribution.**


Copyright © Financial Software Solutions, LLC BlueStylus

**2.12** **Creditor's Name**

**Star Bank**

**Creditor's mailing address**
**215 West Main Street**
**Fort Wayne, IN 46802**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**15.20 Ellis Apartments, LP**

**15.21 Helen Louise Apartments, LP**

$ **3,913,217.00** $ **4,500,000.00**

**Describe the lien**
**Guaranty**

**Description**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.13** **Creditor's Name**

**UMB**

**Creditor's mailing address**
**9 Brentwood Promenade Ct.**
**Saint Louis, MO 63144**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**15.9 Preserve at Sycamore Creek, LLC**

$ **39,800,000.00** $ **65,300,000.00**

**Describe the lien**
**Guaranty**

**Description**
**Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Tegethoff Development, LLC** Case number *(if known)*
Name

**2.14** **Creditor's Name**

**UMB**

**Creditor's mailing address**
**9 Brentwood Promenade Ct.**
**Saint Louis, MO 63144**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ **2,500,000.00** $ **2,500,000.00**

**Describe the lien**
**Guaranty**

**Description**
**Restricted cost account Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.15** **Creditor's Name**

**X-Caliber Advisors**

**Creditor's mailing address**
**3 W. Main St.**
**Suite 103**
**Irvington, NY 10533**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**
**15.7 Oasis at Lakeport, LLC**
**15.8 Lakeport Hotel GP, LLC**
**15.6 Lakeport Village, LLC**

$ **220,000,000.00** $ **526,751,457.00**

**Describe the lien**
**Guaranty**

**Description**
**Real estate owned by Oasis at Lakeport, LLC, Lakeport Hotel GP, LLC, Lakeport Village, LLC Guaranty**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any** $ **525,086,864.0 0**


Copyright © Financial Software Solutions, LLC BlueStylus

## Part 2: List Others to Be Notified for a Debt That You Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor Name **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): ____________ Chapter **11**

☑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Operating Agreement of Signature at West Pryor LLC - Capital Contribution of $59,125.00 owed to Signature at West Pryor, LLC in exchange for company equity interests.** | **Streets of West Pryor, LLC, Attn: Matthew L. Pennington, 7200 W. 132nd St, Ste 150, Overland Park, KS 66213, Hickory Investors, LLC, c/o Shawn Bush, 12085 Leighton Ct, Carmel, IN 46032, Ross Signature West Pryor, LLC 10975 Benson Dr, Ste 560, Overland Park, KS 66210, Eck Enterprises of Omaha, LLC, 7310 E. Kellogg Ave., Wichita, KS 67207, Big T, LLC, 10975 Benson Dr., Ste. 560, Wichita, KS 67207, MJC Realty, LLC, c/o Matthew Cremer, 357 Parkway Ave., Indianapolis, IN 46225, ACY Investments, LLC, c/o Adam Yohler, 9084 Ramapo Dr, Fishers, IN 46038, Witt Assets, c/o Allyn Witt, 411 Schellridge Rd, Jefferson City, MO 65109** |
| State the term remaining | | |
| List the contract number of any government contract | | |



Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor name **Tegethoff Development, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (If known): ______________

☑ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 1/1/2026 MM/DD/YYYY | to | Filing date | ☑ Operating a business ☐ Other | $ 1,100,000.00 |
| **For prior year:** | From | 1/1/2025 MM/DD/YYYY | to | 12/31/2025 MM/DD/YYYY | ☑ Operating a business ☐ Other | $ 4,000,000.00 |
| **For the year before that:** | From | 1/1/2024 MM/DD/YYYY | to | 12/31/2024 MM/DD/YYYY | ☑ Operating a business ☐ Other | $ 7,784,717.66 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | MM/DD/YYYY | to | Filing date | | $ |
| **For prior year:** | From | MM/DD/YYYY | to | MM/DD/YYYY | | $ |
| **For the year before that:** | From | MM/DD/YYYY | to | MM/DD/YYYY | | $ |


Copyright © Financial Software Solutions, LLC BlueStylus

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | Creditor's Name | | $ | ☐ Secured debt |
| | Number Street | | | ☐ Unsecured loan repayments |
| | City State ZIP Code | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | | | | ☐ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1 | **Bank of Washington**<br>Insider's Name<br>**7701 Forsyth Blvd., Ste. 100**<br>Number Street<br>**Saint Louis MO 63105**<br>City State ZIP Code | **5/19/26** | $ **882,577.94** | **Distribution due to TD on account of its interest in Audere at Wildhorse Village (now a valueless entity) as part of their collateral on their LOC** |
| | **Relationship to debtor** | | | |
| 4.2 | **Expo Dev Group II LLC**<br>Insider's Name<br>Number Street<br>City State ZIP Code | **5/29/26** | $ **100,000.00** | **TD sold its title to 15% of the outstanding membership interests of Expo at Forest Park GP, LLC** |
| | **Relationship to debtor** | | | |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3 | **Robert G. Clark as trustee of Revocable Living Trust U/T/A Dated December 1, 1994**<br>Insider's Name<br>**8039 Park Dr.**<br>Number Street<br>**Saint Louis MO 63114**<br>City State ZIP Code<br>Relationship to debtor | **1/22/26** | $ **39,032.25** | **Distribution due to TD on account of its interest in CRG GP Fund I, LP pursuant to their collateral distribution Agreement** |
| 4.4 | **Robert G. Clark as trustee of Revocable Living Trust U/T/A Dated December 1, 1994**<br>Insider's Name<br>**8039 Park Dr.**<br>Number Street<br>**Saint Louis MO 63117**<br>City State ZIP Code<br>Relationship to debtor | **7/26/24** | $ **109,246.00** | **Distribution due to TD on account of its interest in CRG GP Fund I, LP pursuant to their collateral distribution agreement** |
| 4.5 | **Robert G. Clark as trustee of Revocable Living Trust U/T/A Dated December 1, 1994**<br>Insider's Name<br>**8039 Park Dr.**<br>Number Street<br>**Saint Louis MO 63117**<br>City State ZIP Code<br>Relationship to debtor | **8/14/25** | $ **149,188.70** | **Distribution due to TD on account of its interest in CRG GP Fund I, LP pursuant to their collateral distribution agreement** |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.6 | **Robert G. Clark as trustee of Revocable Living Trust U/T/A Dated December 1, 1994**<br>Insider's Name<br>**8039 Park Dr.**<br>Number Street<br>**Saint Louis MO 63117**<br>City State ZIP Code | **1/9/26** | $ **110,387.25** | **Distribution due to TD on account of its interest in US Logistics Fund II pursuant to terms of Security Agreement** |

**Relationship to debtor**

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1 | Creditor's Name<br>Number Street<br>City State ZIP Code | | | $ |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1 | Creditor's Name<br>Number Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– | | $ |


Copyright © Financial Software Solutions, LLC BlueStylus

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | **Solera Pearl, LLC et al v. Pearl Capital Management, LLC et al.**<br>Case Number<br>**49D01-2312-PL-049785** | | **Marion County Superior Court**<br>Creditor's Name<br>**675 Justice Wy**<br>Number Street<br>**Indianapolis IN 46203**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2 | **Solera Pearl, LLC et al v. Pearl Capital Management, LLC**<br>Case Number<br>**25SL-CC14097** | **CC Reg Foreign Jgmt (excl DR)** | **St. Louis County Circuit Court**<br>Creditor's Name<br>**105 South Central Ave.**<br>Number Street<br>**Saint Louis MO 63105**<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.3 | **Jeffrey Tegethoff et al v. Old Hickory Partners et al.**<br>Case Number<br>**26SL-CC03677** | **Injunction** | **St. Louis County Circuit Court**<br>Creditor's Name<br>**105 South Central Avenue**<br>Number Street<br>**Saint Louis MO 63105**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4 | **Solera Multifamily, LLC, and Hickory Investors, LLC, v. Tegethoff Development, LLC et al.** | **Tort Claim** | **United States District Court, Eastern District of Missouri**<br>Creditor's Name<br>**111 S. Tenth Street**<br>Number Street<br>**Saint Louis MO 63102**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case Number<br>**4:25-cv-01877-JMB** | | | |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| 8.1 | Custodian's name<br>Number Street<br>City State ZIP Code | Case title<br>Case number<br>Date of order or assignment | $<br>Court name and address<br>Court's Name<br>Number Street<br>City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None


Copyright © Financial Software Solutions, LLC BlueStylus

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | Recipient's Name<br>Number Street<br>City State ZIP Code | | | $ |
| | **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1 | | | | $ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None


Copyright © Financial Software Solutions, LLC BlueStylus

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | **Carmody MacDonald P.C.**<br>Recipient's Name<br>**120 South Central Ave., Ste. 1800**<br>Number Street<br>**Saint Louis MO 63105**<br>City State ZIP Code<br>Email or website address<br>**www.carmodymacdonald.com**<br>Who made the payment, if not debtor? | | **05/27/26** | $ **80,000.00** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | <br>Trustee | | | $ |

**13. Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None


Copyright © Financial Software Solutions, LLC BlueStylus

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Recipient's Name<br>Number Street<br>City State ZIP Code<br>**Relationship to debtor** | | | $ |

## Part 7: Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1 | Facility Name<br>Number Street<br>City State ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |


Copyright © Financial Software Solutions, LLC BlueStylus

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained. ______

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | |

Has the plan been terminated?

☐ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name<br>Number Street<br>City State ZIP Code | XXXX– | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ______ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None


Copyright © Financial Software Solutions, LLC BlueStylus

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | Name<br>Number Street<br>City State ZIP Code | <br>**Address** | | ☑ No<br>☐ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | Name<br>Number Street<br>City State ZIP Code | <br>**Address** | | ☑ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.1 | Owner's Name<br>Number Street<br>City State ZIP Code | | | $ |


Copyright © Financial Software Solutions, LLC BlueStylus

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| **22.1** | | Name | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case Number** | Number Street | | |
| | | City State ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | Name | Name | | |
| | Number Street | Number Street | | |
| | City State ZIP Code | City State ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.


Copyright © Financial Software Solutions, LLC BlueStylus

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| 24.1 | Name<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1 | Name<br>Number Street<br>City State ZIP Code | | EIN:<br>**Dates business existed**<br>From To **Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1 | **Ashley Attar**<br>Name<br>**KSM**<br>**800 East 96th St. Suite 500**<br>Number Street<br>**Indianapolis** **IN** **46240**<br>City State ZIP Code | From To **Present** |


Copyright © Financial Software Solutions, LLC BlueStylus

| Name and address | Dates of service |
|---|---|
| **26a.2** **Josh Malarsky**<br>Name<br>**KSM**<br>**800 East 96th St. Suite 500**<br>Number Street<br>**Indianapolis** **IN** **46240**<br>City State ZIP Code | From ______ To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| **26b.1** ______<br>Name<br>______<br>Number Street<br>______<br>City State ZIP Code | From ______ To **Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1** ______<br>Name<br>______<br>Number Street<br>______<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1** **Bank of Washington**<br>Name<br>**7701 Forsyth Blvd., Ste. 100**<br>Number Street<br>**Saint Louis** **MO** **63105**<br>City State ZIP Code |


Copyright © Financial Software Solutions, LLC BlueStylus

**Name and address**

**26d.2** **CastleGreen Finance**
Name

**3 W. Main Street**
**Suite 103**
Number Street

**Irvington** **NY** **10533**
City State ZIP Code

**Name and address**

**26d.3** **Centier Bank**
Name

**600 E. 84th Ave.**
Number Street

**Merrillville** **IN** **46410**
City State ZIP Code

**Name and address**

**26d.4** **CIBC**
Name

**120 South LaSalle Street**
Number Street

**Chicago** **IL** **60603**
City State ZIP Code

**Name and address**

**26d.5** **Commerce Bank**
Name

**8000 Forsyth Blvd.**
Number Street

**Saint Louis** **MO** **63105**
City State ZIP Code


Copyright © Financial Software Solutions, LLC BlueStylus

**Name and address**

**26d.6** **Community America Credit Union**
Name

**9777 Ridge Dr.**
Number Street

**Lenexa** **KS** **66219**
City State ZIP Code

**Name and address**

**26d.7** **Lake City Bank**
Name

**202 E. Center St.**
Number Street

**Warsaw** **IN** **46580**
City State ZIP Code

**Name and address**

**26d.8** **Star Bank**
Name

**9717 Landmark Pkwy Dr.**
Number Street

**Saint Louis** **MO** **63127**
City State ZIP Code

**Name and address**

**26d.9** **Stifel Bank & Trust**
Name

**P.O. Box 77423**
Number Street

**Trenton** **NJ** **08628**
City State ZIP Code

**Name and address**

**26d.10** **UMB**
Name

**9 Brentwood Promenade Ct.**
Number Street

**Saint Louis** **MO** **63144**
City State ZIP Code


Copyright © Financial Software Solutions, LLC BlueStylus

| | Name and address |
|---|---|
| 26d.11 | **X-Caliber Advisors**<br>Name<br>**3 W. Main St.**<br>**Suite 103**<br>Number Street<br>**Irvington** **NY** **10533**<br>City State ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1 | Name<br>Number Street<br>City State ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | **Jeffrey J. Tegethoff** | **132 N. Brentwood Blvd.**<br>**Clayton, MO 63105** | **Managing Partner** | **100.00** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | | | | From ______ To **Present** |


Copyright © Financial Software Solutions, LLC BlueStylus

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
| --- | --- | --- | --- |
| **30.1** Recipient's Name<br>Number Street<br>City State ZIP Code<br>**Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
| --- | --- |
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
| --- | --- |
| | EIN: |



Copyright © Financial Software Solutions, LLC BlueStylus

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **6/25/2026**
MM/DD/YYYY

✘ **/s/ Jeffrey J Tegethoff**
Signature of individual signing on behalf of the debtor

Printed name **Jeffrey J Tegethoff**

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus