**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Proceeding** |
| | ) | **Honorable Bonnie L. Clair** |
| | ) | |
| **TEGETHOFF DEVELOPMENT, LLC,** | ) | **Case No. 26-42401-169** |
| | ) | |
| **Debtor.** | ) | |

**MEMORANDUM OF FILING AMENDED SCHEDULE D, AMENDED SCHEDULE G, AND AMENDED STATEMENT OF FINANCIAL AFFAIRS**

COMES NOW Tegethoff Development, LLC ("Debtor"), by and through undersigned counsel, and hereby files its Amended Schedule D, Amended Schedule G, and Amended Statement of Financial Affairs with changes as follows:

1. Amended Schedule D:
   a. Added creditor R.G. Brinkmann Company, amount owed $1,938,068.00.
   b. Corrected description of debt to INB.

2. Amended Schedule G:

   a. Debtors' original Schedule G had no Executory Contract or Unexpired Leases listed. Added a contract.

3. Amended Statement of Financial Affairs:

   a. Added payments to insiders to question number 4.

Respectfully submitted,
CARMODY MACDONALD P.C.

By:*/s/ Robert E. Eggmann*

ROBERT E. EGGMANN #37374MO
SAMUEL S. BRAND #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 // (314) 854-8660 – FAX
ree@carmodymacdonald.com
ssb@carmodymacdonald.com

*Attorneys for Tegethoff Development LLC et al.*