**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11 Proceeding** |
| | ) | **Honorable Brian C. Walsh** |
| **TEGETHOFF DEVELOPMENT, LLC,** | ) | |
| **TEGETHOFF DEVELOPMENT CO, LLC** | ) | **Case No. 26-42401-169** |
| **and** | ) | |
| **PEARL CAPITAL MANAGEMENT LLC** | ) | |
| | ) | |
| **Debtors.** | ) | |

**JOINDER OF OLD HICKORY PARTNERS, LLC TO MOTION TO APPOINT TRUSTEE PURSUANT TO 11 U.S.C. SECTION 1104**

Old Hickory Partners, LLC ("Old Hickory Partners"), by and through counsel, for its Joinder, states:

1. Old Hickory Partners, A Missouri limited liability company, is a general partner of Old Hickory Village, LP, a Missouri limited partnership ("Old Hickory Village").

2. Old Hickory Village was formed pursuant to an Agreement of Limited Partnership of Old Hickory Village, LP Dated Effective as of April 28, 2022 (the "Old Hickory Village Partnership Agreement") as amended by First Amendment to Agreement of Limited Partnership of Old Hickory Village, LP dated July 31, 2023; and Second Amendment to Agreement of Limited Partnership of Old Hickory Village, LP dated June ___, 2024in order to construct a 316 unit apartment complex (the "Old Hickory Village Project").

3. The members of Old Hickory Partners are listed in Exhibit A to the Amended and Restated Operating Agreement of Old Hickory Partners, LLC dated as of July 31, 2023 (the "Old Hickory Partners OA") and include Tegethoff Development, LLC.

4. The initial Manager of Old Hickory Partners was Jeffrey J. Tegethoff. He was subsequently removed as manager of Old Hickory Partners

5. Creditors Solera Pearl, LLC Solera Expo, LLC, Aspen Investment Group, LLC, Solera Multifamily, LLC and Hickory Investors, LLC (“Movants”) filed a Motion to Appoint Trustee Pursuant to 11 U.S.C Section 1104 (doc 104) (the “Trustee Motion”) on grounds including misappropriation of funds by Tegethoff Development.

6. The Trustee Motion, at paragraphs 48-84, describes Mr. Tegethoff’s unauthorized misappropriation of contributions that members of Old Hickory Partners made to Old Hickory Partners that were required to be paid to advance the Old Hickory Village Project, the subsequent undisclosed and unauthorized dilution of Old Hickory Partners’ interests in the Old Hickory Village, and accounting for such actions in a misleading manner.

7. Old Hickory Partners filed a Supplemental Objection of Old Hickory Partners, LLC to Motion for Entry of Interim and Final Orders Authorizing (I) Tegethoff Development, LLC the use of Cash collateral Pursuant to Section 363 of the Bankruptcy Code and (II) Setting Final Hearing for Use of Cash Collateral; and Reservation of Rights (doc 88) (the “Old Hickory Supplemental Cash Collateral Objection”) and Declaration of Stephen Krause (doc 89), and attached bank statements that show Mr. Tegethoff and TD’s unauthorized and undisclosed misappropriations of Old Hickory Partners members’ contributions.

8. Old Hickory Partners incorporates herein and adopts the arguments set forth in the Trustee Motion and in the Old Hickory Supplemental Cash Collateral Objection and Krause Declaration, which further support appointment of a Trustee.

WHEREFORE, Old Hickory Partners prays that this Court enter an Order granting the Trustee Motion and granting Old Hickory Partners such additional relief as is just.

Respectfully Submitted,

BECK & SANT LLC

/s/ *J. Talbot Sant, Jr.*
J. Talbot Sant, Jr., #35324MO
Steven N. Beck, #61121MO
11775 Borman Drive, Ste. 216
Maryland Heights, Missouri 63146
(636) 240-3632/Fax: (636) 240 - 6803
Email: tal@beckandsantlaw.com
*Attorney for Old Hickory Partners, LLC*

BERGER, COHEN &
BRANDT, L.C.

/s/ *Guy N. Brandt*
Guy N. Brandt, #39114MO
Jason Kinser, #53936MO
8000 Maryland Ave., Suite 1500
St. Louis, MO 63105
(314) 721-7272/Fax: (314-721-1668
Email: gbrandt@bcblawlc.com
*Attorneys for Old Hickory Partners, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July 2026, a true and correct copy of the above and foregoing document was sent through the Court's eFiling system to all counsel of record.

/s/ *J. Talbot Sant, Jr.*