**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

**In Re:** )
)
**TEGETHOFF DEVELOPMENT, LLC,**
**TEGETHOFF DEVELOPMENT CO,** )
**LLC** )
**and** )
**PEARL CAPITAL MANAGEMENT** )
**LLC,) Case No. 26-42401** )
)
**Debtors.** )

**JOINDER OF GROUNDGAME POLITICAL SOLUTIONS, LLC TO MOTION TO APPOINT TRUSTEE PURSUANT TO 11 U.S.C. SECTION 1104**

Creditor Groundgame Political Solutions, LLC ("Groundgame"), by and through its undersigned counsel, hereby joins the *Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104* (Doc. 104) (the "Trustee Motion") filed by Creditors Solera Pearl, LLC, Solera Expo, LLC, Aspen Investment Group, LLC, Solera Multifamily, LLC, and Hickory Investors, LLC. In support, Groundgame states as follows:

1. On July 8, 2026, Creditors Solera Pearl, LLC Solera Expo, LLC, Aspen Investment Group, LLC, Solera Multifamily, LLC and Hickory Investors, LLC filed the Trustee Motion, arguing that a Chapter 11 Trustee is necessary because of the long history of mismanagement and misappropriation of funds by Debtors.

2. As an unsecured creditor of Debtor Tegethoff Development, LLC, Groundgame has an interest in ensuring that the Debtors-in-Possession use best efforts to maximize the value of the estate.

3. For the reasons stated in the Trustee Motion, Groundgame agrees that appointment of a Chapter 11 Trustee is warranted in this case.

4. Accordingly, Groundgame joins the Trustee Motion in full and incorporates the Trustee Motion here by reference.

WHEREFORE, Groundgame requests that this Court enter an Order granting the Trustee Motion (Doc. 104) and such additional relief as may be just and proper.

Dated: July 10, 2026

Respectfully submitted,

GRAVES GARRETT GREIM LLC

By: *<u>/s/ J. Aaron Craig</u>*

J. Aaron Craig (Missouri Bar #62041)
Sarah Pineau (Missouri Bar #74483)
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
acraig@gravesgarrett.com
spineau@gravesgarrett.com

Attorneys for Creditor Groundgame Political Solutions, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that the following document was served electronically on this 10th day of July 2026, to those parties that have entered an appearance in the Court's Electronic Filing (ECF) System.

*/s/ Sarah Pineau*
Attorney for Creditor Groundgame Political Solutions, LLC