**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 26-42401-169 |
| | ) | |
| TEGETHOFF DEVELOPMENT, LLC, et al. | ) | Honorable Brian C. Walsh<br>Chapter 11 Proceeding<br>Jointly Administered |
| | ) | |
| Debtor. | ) | |
| | ) | |

**<u>JOINDER OF LAKEPORT HOTEL, LLC AND OASIS AT LAKEPORT, LLC TO MOTION TO APPOINT TRUSTEE PURSUANT TO 11 U.S.C. SECTION 1104</u>**

Lakeport Hotel, LLC (the "**Hotel Owner**") and Oasis at Lakeport, LLC ("**Oasis Owner**" and collectively with Hotel Owner, "**Lakeport**"), by and through its undersigned counsel, hereby join the *Motion to Appoint Chapter mat11 Trustee Pursuant to 11 U.S.C. § 1104* (Doc. 104) (the "**Trustee Motion**") filed by Creditors Solera Pearl, LLC, Solera Expo, LLC, Aspen Investment Group, LLC, Solera Multifamily, LLC, and Hickory Investors, LLC. In support, Lakeport states as follows:

1. On July 8, 2026, Creditors Solera Pearl, LLC Solera Expo, LLC, Aspen Investment Group, LLC, Solera Multifamily, LLC and Hickory Investors, LLC filed the Trustee Motion, arguing that a Chapter 11 Trustee is necessary because of the long history of mismanagement and misappropriation of funds by Debtors.

2. Lakeport has similar concerns to those raised in the Trustee Motion, that there were transfers of funds from Lakeport to fund other projects. As stated in the Trustee Motion in Paragraphs 43-46, it was testified to by the former Chief Financial Officer of Tegethoff Development, LLC, Adam Yohler. According to the CFO, it was Mr. Tegethoff's practice to take investor cash from development projects and transfer it to Tegethoff Development LLC account

for other uses, at Mr. Tegethoff's discretion.[1] According to Mr. Yohler, the Debtor considered the transferred funds a "liability" or loan from the projects to TD LLC and that the "liabilities" would be used to pay undocumented expenses:

3. Questioning by Mr. Grant of Mr. Yohler

Q [by Mr. Grant]: So if $11 million was taken from the Lakeport Hotel, LLC

Development account and put into Tegethoff Development as cash, what was that $11 million used for, and how is that represented on this balance sheet?

A [by Mr. Yohler]: It's represented as a liability [Mr. Tegethoff] owes Lakeport, LLC and it would've—could've gone to various different things that were represented or paid for here.

Q: How would you, as CFO, determine where the $11 million that went out of Lakeport Hotel, LLC went once it was put into Tegethoff Development, LLC?

A: Just be through the various transactional activity that was recorded here, whether it's invested in Lakeport Hotel or another project, or it's spent somewhere that's represented on the profit and loss.[2]

4. For the reasons stated in the Trustee Motion, Lakeport agrees that appointment of a Chapter 11 Trustee is warranted in this case. Accordingly, Lakeport joins the Trustee Motion and requests that the Court appointment a Trustee for the Debtors.

WHEREFORE, Lakeport requests that this Court enter an Order granting the Trustee Motion (Doc. 104) and such additional relief as may be just and proper.

Dated: July 13, 2026

Respectfully submitted,
POLSINELLI PC

By: */s/ Matthew S. Layfield*
MATTHEW LAYFIELD (MO # 57540)
7676 Forsyth Boulevard, Suite 800

---

[1] *See* Yohler Deposition attached as Exhibit E to the Trustee Motion, at 190:19-192:23

[2] *See* Yoehler Deposition attached as Exhibit E to the Trustee Motion, at 191:24-192:14.

St. Louis, MO 63105
(314) 522-6834
Fax No. (314) 622-6798
mlayfield@polsinelli.com

-and-

ANDREW J. NAZAR (admitted *pro hac vice* MO-57928)
900 West 48th Place, Suite 900
Kansas City, MO 64112
(816) 395-0641
Fax No. (816) 817-0231
anazar@polsinelli.com

ATTORNEYS FOR LAKEPORT HOTEL, LLC AND OASIS AT LAKEPORT, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that the following document was served electronically on this 13th day of July 2026, to those parties that have entered an appearance in the Court's Electronic Filing (ECF) System.

*/s/ Matthew Layfield*
Attorney for Lakeport