**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Eastern Division**

| | |
|---|---|
| In re    Tegethoff Development, LLC<br>Debtor(s)<br><br>Tegethoff Development, LLC<br>Tegethoff Development Co LLC<br>Pearl Capital Management LLC<br>Plaintiff(s)<br><br>v.<br><br>Solera Pearl, LLC<br>Solera Multifamily, LLC<br>Solera Expo, LLC<br>Aspen Investment Group, LLC<br>Hickory Investors, LLC<br>GroundGame Political Solutions, LLC<br>Brad Richey<br>Pearl Real Estate Advisors, LLC<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No.: 26–42401 – B169<br><br>Chapter  11<br><br>Adversary  Case  No. 26–04029 – B169 |

## CONSENT TO ENTRY OF JUDGMENT AND ORDERS BY BANKRUPTCY COURT

Each party to the above–captioned adversary proceeding is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the Bankruptcy Court conduct any and all proceedings in this case, including trial and entry of orders and judgment in accordance with the provisions of Title 28 U.S.C. Section 157(b)(1) and/or (c)(2).

**IMPORTANT:**  **File this form with the Clerk's office promptly, but not later than 14 days after your appearance, answer or responsive pleading, or, in a removed case in which you have already appeared, not later than 14 days after the service of the notice of removal.**

**FAILURE TO FILE THIS FORM SHALL BE CONSTRUED AS CONSENT TO ENTRY OF ORDERS AND JUDGMENT BY THE BANKRUPTCY COURT.**

**CHECK ONE:**

☒        The party or parties listed below **consent** to entry of judgment and orders by the Bankruptcy Court in this adversary proceeding. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐        The party or parties listed below **do not** consent to the entry of judgment and orders by the Bankruptcy Court in this adversary proceeding.

Name of Party or Parties (please type or print):
Brad Richey
Pearl Real Estate Advisors

| | | | |
|---|---|---|---|
| Submitted by: | David M. Dare | Dated: | 07/28/2026 |
| Print Name/Bar No.: | David M. Dare #35965 | | |
| Address: | 429 S. Kirkwood Rd., Ste 204 | | |
| | St. Louis, MO 63122 | | |
| Telephone Number: | 314-965-3373 | | |

Fax Number:     314-965-2225

Email Address:     DDARE@HDSSTL.COM

Rev. 06/22 sumpttap

## CERTIFICATE OF SERVICE
(Complete each service method that applies)

☒ I.  I certify that a true and correct copy of the Consent to Entry of Judgment was filed on (date of service) __07/29/2026__ with the United Sates Bankruptcy Court, and has been served on the parties in interest via e–mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ David M. Dare

☐ II.  I certify that a true and correct copy of the Consent to Entry of Judgment was filed with the United States Bankruptcy Court and has been served by United States mail service, first class postage fully pre–paid, addressed to the parties listed below on (date of Service) _____ :

/s/_____

(insert names and addresses of the parties to receive a copy of this document or attach separate service list)

☐ III.  I certify that a true and correct copy of the Consent to Entry of Judgment was filed with the United States Bankruptcy Court and has been served on the following Insured Depository Institutions pursuant to Fed. R. Bankr. P. 7004(h), or on the United States, or any of its officers or agencies pursuant to Fed. R. Bank. P. 7004(b)(4) or (5) on (date of service) _____ by (insert certified, first class mail, or other type of authorized service) _____ addressed to the following persons:

/s/_____

(insert names and addresses of the parties to receive a copy of this document or attach separate service list)