**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Proceeding** |
| | ) | **Honorable Brian C. Walsh** |
| **TEGETHOFF DEVELOPMENT, LLC,** | ) | |
| **TEGETHOFF DEVELOPMENT CO,** | ) | **Case No. 26-42401-357** |
| **LLC, and** | ) | |
| **PEARL CAPITAL MANAGEMENT LLC,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

**DECLARATION OF JOSH MALARSKY**

COMES NOW Josh Malarsky, states and declares as follows:

1. I am over the age of 18 and am in all ways competent to make this Declaration.

2. I am an accountant and a Partner in the accounting firm of KSM Business Services, Inc. (the "**Firm**").

3. The Firm hereby waives any right to pursue the prepetition invoice of Tegethoff Development Co, LLC with a balance of $1,250.00.

4. As so waived, the Firm is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

5. To the best of my knowledge, I know of no reason why either I or the Firm should not act as accountants for the Debtors in this proceeding.

6. I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2026.

By: /s/ [signature]