UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re:<br><br>Tegethoff Development LLC, Tegethoff Development CO, LLC, and Pearl Capital Management LLC,<br>Debtors. | )<br>)<br>)<br>) | Case No. 26-42401-357<br>Chapter 11 Proceeding |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**COMES NOW** William Dorsey, and pursuant to L.R. 2091(A)(2), gives notice of withdrawal of counsel for Creditor XRL ALC, LLC ("Client"). I affirmatively state as follows:

1. I do not represent the Debtor(s), a Trustee or any official committees.
2. The Client does not have any matters pending that are associated with this case.
3. The Client gives informed consent to withdrawal of counsel.
4. No attorney is being substituted.

Dated: October 22, 2026

*<u>/s/ William J. Dorsey</u>*
William J. Dorsey, # 50477
Address: 1144 15th Street, Suite 3300
City/State: Denver, Colorado
Zip Code: 80202
Phone: 212.624.0777
E-mail: William.Dorsey@gtlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on the 22nd day of October 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

*/s/ William J. Dorsey*
William J. Dorsey, # 50477
Address: 1144 15th Street, Suite 3300
City/State: Denver, Colorado
Zip Code: 80202
Phone: 212.624.0777
E-mail: William.Dorsey@gtlaw.com