**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Proceeding** |
| | ) | **Honorable Brian C. Walsh** |
| **TEGETHOFF DEVELOPMENT, LLC,** | ) | |
| **TEGETHOFF DEVELOPMENT CO,** | ) | **Case No. 26-42401-357** |
| **LLC, and** | ) | |
| **PEARL CAPITAL MANAGEMENT LLC,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Hearing Date: October 28, 2026** |
| | ) | **Hearing Time: 11:00 a.m. CT** |
| | ) | **Hearing Location: Courtroom 5** |
| | ) | **North St. Louis, Missouri** |

**MOTION FOR ORDER AUTHORIZING DEBTOR TO PAY ADVANCES**

COME NOW Debtors Tegethoff Development, LLC ("TD"), Tegethoff Development CO, LLC ("TD Co"), and Pearl Capital Management LLC ("PCM" and collectively, the "Debtors"), by and through counsel, and for their Motion for Order Authorizing Debtor to Pay Advances (the "Motion"), state to the Court as follows:

**INTRODUCTION**

1. On June 1, 2026 (the "Petition Date"), debtors TD, TD Co, and PCM each filed respective voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Missouri.

2. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, Debtors are continuing to operate their businesses as debtors-in-possession. No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has yet been established in this Chapter 11 case.

3. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue of this case and motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The authority for the relief requested under this Motion include 11 U.S.C. §§ 105(a) and 363.

**DEBTORS' REQUEST FOR AUTHORIZATION TO ADVANCE FUNDS FOR INSURANCE PAYMENTS**

5. PCM is the Administrative General Partner and holds a 0.0025% ownership interest in two low-income housing tax credit properties Ellis Apartments, LP and Helen Louise Apartments, LP (collectively "Ellis and Helen Louise"). TD Co is the asset manager of Ellis and Helen Louise. PCM is currently owed approximately $1,010,000.00 in deferred development fee income from Ellis and Helen Louise which would be paid back upon the sale or refinance of the properties. Due to the regulatory structure of Ellis and Helen Louise, the Debtors do not expect a sale to occur in the next five years. PCM has provided a shortfall guaranty to Ellis and Helen Louise such that any deferred development fee income owed to PCM would be forfeited in the event of an operating shortfall, such as an insurance default.

6. TD is currently owed approximately $250,000 in member loans primarily made during the COVID-19 pandemic which are to be paid back as cash flow allows. The Debtors expect these member loans to be paid back during the next five years.

7. Because PCM is no longer the key operating entity for the purposes of the Debtors' cash flow, it was the prepetition practice for TD to advance the funds to Ellis and Helen Louise for the purposes of maintaining their property insurance (i.e. the member loans referenced above). This ultimately saves Ellis and Helen Louise as well as the Debtors money as it reduces the transaction costs if Ellis and Helen Louise were instead to seek premium financing. It also improves property cash flows allowing for increased distributions in future years.

8. TD has been negotiating with possible insurance carriers to reduce the costs of Ellis and Helen Louise's insurance in the coming year and have ultimately secured a bid from

Lockton Affinity to provide commercial general liability, property, and umbrella insurance for the coming year for approximately $65,692.26. This represents savings of roughly $10,000 over last year's premium costs for Ellis and Helen Louise. Copies of the proposed insurance documents are attached hereto as **Exhibit A**. If Ellis and Helen Louise are to proceed with this policy, they must deliver payment on or before October 30, 2026.

9. Considering the above, TD requests this Court authorize it to make a member loan (the "Loan") to Ellis and Helen Louise in the amount of $65,692.26 to fund the property insurance as set forth in Exhibit A.

10. The Loan will provide that:

a. The full amount of the Loan will be used to pay the property insurance for Ellis and Helen Louise;

b. The Loan will incur interest at the current U.S. Prime Rate of 7.00% per annum.

c. The Loan shall be mature in one year.

## LEGAL BASIS

11. Pursuant to section 363(c)(2) of the Bankruptcy Code, the Debtors may use the Cash Collateral only with the consent of the creditors secured by that collateral or with the Court's approval. The Debtors currently are operating under a Fourth Interim Cash Collateral Order [Dkt 181] (the "Cash Collateral Order") but the Debtors prepared the budget set forth in the Cash Collateral Order before it was aware that Ellis and Helen Louise would need additional financing to fund their insurance premiums. Thus, the Debtors request this Motion supplement the proposed budget such that the Loan shall be considered an authorized use of cash collateral.

12. Additionally, section 105(a) of the Bankruptcy Code authorizes this Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." Here, TD requests the Court grant it authorization to make the Loan to Ellis and Helen Louise to maximize the value of the Debtors' estates.

13. If Ellis and Helen Louise's insurance policies were to lapse, it would result in the forfeiture of the development fees owed to PCM and the inability of Ellis and Helen Louise to service the existing member loans to TD.

14. The Loan also benefits TD's estate because the loan shall bear interest and will result in a net benefit to TD's estate within one year once Ellis and Helen Louise pay back the balance due.

15. Absent the relief requested in this Motion being granted, in addition to the forfeiture of the deferred development fee and inability to service the existing member loans in favor of TD, Ellis and Helen Louise will likely become uninsured which may result in any number of additional claims or lawsuits against the Debtors. The Debtors have the ability to prevent this uncertainty and potential harm to the estate by providing the

## **CONCLUSION**

WHEREFORE, Debtors respectfully request that the Court enter an Order:

A. Authorizing TD to advance funds to Ellis and Helen Louise to pay their property insurance as set forth above; and

B. Such other and further relief as this Court may deem just and proper.

Respectfully submitted,

CARMODY MACDONALD P.C.

By:/s/ *Robert E. Eggmann*_________
ROBERT E. EGGMANN #37374MO
SAMUEL S. BRAND #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
ssb@carmodymacdonald.com

*Attorneys for Tegethoff Development LLC, Tegethoff Development Co, LLC, and Pearl Capital Management, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on October 26, 2026, with the United States Bankruptcy Court, Eastern District of Missouri, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List and via overnight delivery to the address(es) set forth on the matrix maintained with the court.

*/s/ Robert E. Eggmann*____________