**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 26-42401-357** |
| | ) | |
| **TEGETHOFF DEVELOPMENT, LLC,** | ) | **Honorable Brian C. Walsh** |
| **TEGETHOFF DEVELOPMENT CO,** | ) | **Chapter 11 Proceeding** |
| **LLC, and** | ) | |
| **PEARL CAPITAL MANAGEMENT LLC,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Hearing Date: October 28, 2026** |
| | ) | **Hearing Time: 11:00 a.m.** |
| | ) | **Hearing Location: Courtroom 5 North** |
| | ) | **St. Louis, Missouri** |
| | ) | **Objection Deadline: October 28, 2026** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the *Debtors' Motion for Order Authorizing Debtor to Pay Advances* [Docket No. 222]; and the *Debtors' Motion to Expedite Hearing on the Motion for Order Authorizing Debtor to Pay Advances* [Docket No. 223] (the "Motions") is scheduled for **October 28, 2026 at 11:00 a.m. (prevailing Central Time) in Courtroom 5-North** at the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri.

**ANY PARTY WISHING TO ATTEND THE HEARING VIRTUALLY MAY DO SO BY CONTACTING THE CLERK OF THE COURT AND OBTAINING THE VIRTUAL LINK.**

**ANY OBJECTIONS, REPLIES OR EXCEPTIONS TO ENTRY OF AN ORDER CORRESPONDING FOR THE ABOVE-LISTED NOTICE ON A FINAL BASIS MUST BE FILED BY NO LATER THAN OCTOBER 28, 2026 AT 11:00 A.M. (PREVAILING CENTRAL TIME) AND MUST BE SERVED UPON THE UNDERSIGNED AND FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THOMAS F.**

**EAGLETON COURTHOUSE, 111 SOUTH TENTH STREET, 4TH FLOOR, ST. LOUIS, MISSOURI 63102 AS PER THE ELECTRONIC CASE FILING REQUIREMENTS OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motions carefully and discuss them with your attorney, if you have one in these Chapter 11 cases. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motions, or if you want the Court to consider your view on the Motions, then you or your attorney must attend the hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motions and may enter orders granting the relief requested in the Motion.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: */s/ Robert E. Eggmann*
ROBERT E. EGGMANN #37374MO
SAMUEL S. BRAND #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
ssb@carmodymacdonald.com

*Attorneys for Debtors*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on October 26, 2026, with the United States Bankruptcy Court, Eastern District of Missouri, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List and via overnight delivery to the address(es) set forth on the matrix maintained with the court.

*/s/ Robert E. Eggmann*