# AFFIDAVIT OF SERVICE

**State of Missouri** **County of**

Case Number: 26-42401

Plaintiff:
**IN RE: TEGETHOFF DEVELOPMENT, LLC, ET AL**

vs.

Defendant:

For:
Doug Shaw
RESEARCH SPECIALIST, INC.
Po Box 1002
Ballwin, MO 63022

Received by HARMON LEGAL PROCESS SERVICE, LLC to be served on **Creative Planning Tax c/o R/A, 300b E. High St., Jefferson City, MO 65101**.

I, Rufus R. Harmon, being duly sworn, depose and say that on the **29th day of October, 2026 at 12:30 pm, I:**

**CORPORATE:** served by delivering a true copy of the **Subpoena Duces Tecum** with the date and hour of service endorsed thereon by me, to: **Dan Greene** as **Authorized Agent** for **Creative Planning Tax c/o R/A**, at the address of: **300b E. High St., Jefferson City, MO 65101**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, competent, have no interest nor will benefit in the above action, and in good standing in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 3 day of November, 2026 by the affiant who is personally known to me.

Nickie Wheeler
NOTARY PUBLIC

Rufus R. Harmon
**Rufus R. Harmon**
Process Server

NICKIE WHEELER
Notary Public - Notary Seal
STATE OF MISSOURI
Moniteau County
My Commission Expires: Feb. 14, 2027
Commission # 19001908

Copyright © 1992-2026 DreamBuilt Software, LLC - Process Server's Toolbox V9.0g