**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Proceeding** |
| | ) | **Honorable Brian C. Walsh** |
| **TEGETHOFF DEVELOPMENT, LLC,** | ) | |
| **TEGETHOFF DEVELOPMENT CO,** | ) | **Case No. 26-42401-357** |
| **LLC, and** | ) | |
| **PEARL CAPITAL MANAGEMENT LLC,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Hearing Date: November 23, 2026** |
| | ) | **Hearing Time: 10:00 a.m. CT** |
| | ) | **Hearing Location: Courtroom 5 N** |
| | ) | **St. Louis, Missouri** |

**SUPPLEMENT TO MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING (I) TEGETHOFF DEVELOPMENT, LLC THE USE OF CASH COLLATERAL PURSUANT TO § 363 OF THE BANKRUPTCY CODE AND (II) SETTING FINAL HEARING FOR USE OF CASH COLLATERAL**

COMES NOW Debtor Tegethoff Development, LLC ("**TD**"), by and through its undersigned counsel and in support of its previously filed *Motion for Entry of Interim and Final Orders Authorizing (I) Tegethoff Development, LLC the Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code and (II) Setting Final Hearing for Use of Cash Collateral* [Doc. 27] (the "**Motion**")[1] files this Supplement to the Motion (the "**Supplement**"), which consists of the Proposed Budget for December 2026 – January 2027 attached hereto.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: */s/ Robert E. Eggmann*
ROBERT E. EGGMANN #37374MO
SAMUEL S. BRAND #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX

[1] All capitalized terms not otherwise defined herein have the definitions set forth in the Motion.

ree@carmodymacdonald.com
ssb@carmodymacdonald.com

*Attorneys for Tegethoff Development LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on November 9, 2026, with the United States Bankruptcy Court, Eastern District of Missouri, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

*/s/ Robert E. Eggmann*

Tegethoff Development, LLC
Tegethoff Development Co, LLC

Monthly Cash Collateral Budget

| | | 2026 November | 2026 December | 2027 January |
|---|---|---|---|---|
| Starting Cash Collateral Account | | | $ - | $ - |
| **Revenue** | | | | |
| Developer Fee | | $ - | $ - | $ - |
| | *Preserve at Sycamore Creek, LLC* | $ - | $ - | $ - |
| | *3600 Edgewood, LLC* | $ - | $ - | $ - |
| | *3560 Edgewood, LLC* | $ - | $ - | $ - |
| | *NEW PROJECT #3* | $ - | $ - | $ - |
| Sale Proceeds | | $ - | $ - | $ - |
| | *GLC SIF* | $ - | $ - | $ - |
| | *Preserve at Sycamore Creek, LLC* | $ - | $ - | $ - |
| | *Signature at West Pryor, LLC* | $ - | $ - | $ - |
| | *Vanguard Villas, LLC* | $ - | $ - | $ - |
| | *TD Zuelke Investment, LLC* | $ - | $ - | $ - |
| | *8045 Big Bend, LLC* | $ - | $ - | $ - |
| | *Wildhorse Village GP, LLC* | $ - | $ - | $ - |
| | *CRG - Placentia GP, LLC* | $ - | $ - | $ - |
| | *Chapter at the Streets, LLC* | $ - | $ - | $ - |
| | *Riverpointe* | $ - | $ - | $ - |
| | *One Fulton Market General Partner, LLC* | $ - | $ - | $ - |
| | *CRG GP Fund I, LP* | $ - | $ - | $ - |
| | *CRG GP Fund II, LP* | $ - | $ - | $ - |
| | *CRG - US Logistics Fund II, LP* | $ - | $ - | $ - |
| | *Old Hickory Partners, LLC* | $ - | $ - | $ - |
| | *Lakeport Village, LLC* | $ - | $ - | $ - |
| | *Oasis at Lakeport, LLC* | $ - | $ - | $ - |
| | *Lakeport Hotel GP, LLC* | $ - | $ - | $ - |
| | *3600 Edgewood, LLC* | $ - | $ - | $ - |
| | *3560 Edgewood, LLC* | $ - | $ - | $ - |
| | *NEW PROJECT #3* | $ - | $ - | $ - |
| | **SUBTOTAL:** | **$ -** | **$ -** | **$ -** |
| **Expenses** | | | | |
| Payroll | | $ 25,193 | $ 37,789 | $ 18,230 |
| | *Jeff Tegethoff* | *$ 14,230* | *$ 21,345* | $ 14,230 |
| | *Anna Tegethoff* | *$ 5,634* | *$ 8,451* | $ - |
| | *PAYROLL TAXES* | *$ 5,329* | *$ 7,993* | $ 4,000 |
| Taxes (IRS) | | $ - | $ - | $ - |
| Insurance | | $ - | $ - | $ - |
| Professional Fees ( Legal) ** | | $ 25,000 | $ 40,000 | $ 30,000 |
| | Legal Fees Incurred | $ 20,000 | *$ 40,000* | $ 20,000 |
| | Legal Fees Paid | $ - | $ - | $ - |
| Accounting Fees | | *$ 5,000* | *$ 5,000* | $ 10,000 |
| Other | | $ - | $ - | $ - |
| | *Huneidi Services, LLC - Managed IT, Web Hosting, Licensing* | $ - | $ - | $ - |
| Pre-Acquisition / Due Diligence | | $ 70,000 | $ 70,000 | $ - |
| | *3600 Edgewood, LLC* | *$ 70,000* | *$ 70,000* | $ - |
| | *3560 Edgewood, LLC* | $ - | $ - | $ - |
| | *NEW PROJECT #3* | $ - | $ - | $ - |
| Earnest Money | | $ - | $ 150,000 | $ - |
| | *3600 Edgewood, LLC* | $ - | *$ 100,000* | $ - |
| | *3560 Edgewood, LLC* | $ - | *$ 50,000* | $ - |
| | *NEW PROJECT #3* | $ - | $ - | $ - |
| Property Investment / Acquisition | | $ - | $ - | $ - |
| | *8045 Big Bend, LLC* | $ - | $ - | $ - |
| | *3600 Edgewood, LLC* | $ - | $ - | $ - |
| | *Signature at West Pryor, LLC* | $ - | $ - | $ - |
| | *3560 Edgewood, LLC* | $ - | $ - | $ - |
| | *NEW PROJECT #3* | $ - | $ - | $ - |
| | **SUBTOTAL:** | **$ 120,193** | **$ 297,789** | **$ 48,230** |
| | **US Trustee Fee** | **$ -** | **$ 7,432** | **$ -** |
| **Income** | | **$ (120,193)** | **$ (305,221)** | **$ (48,230)** |
| | *cash balance EOM:* | $ 1,619,361 | $ 1,314,140 | $ 1,265,910 |

The $70,000 due in December 2026 is for payments to the architect for the property.

The $150,000 due in December 2026 is for earnest money payments to acquire the property for the Edgewood projects.

**** All legal fees paid at 80% until a fee application is granted as required by the Bankruptcy Code. This amount represents the legal fees outstanding in such month. These numbers do not reflect the remaining 20% of fees due subject to an application for compensation.**