**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 26-42401-357 |
| | ) | |
| TEGETHOFF DEVELOPMENT, LLC; | ) | Honorable Brian C. Walsh |
| TEGETHOFF DEVELOPMENT CO, LLC; | ) | Chapter 11 Proceeding |
| PEARL CAPITAL MANAGEMENT, LLC, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Hearing Location: |
| | ) | Courtroom 5 North |
| | ) | United States Courthouse, |
| | ) | 111 S. Tenth St. |
| | ) | St. Louis, Missouri 63102 |
| | ) | Objection Deadline: 10:00 a.m. on |
| | ) | November 16, 2026 |

**NOTICE OF HEARING**

**WARNING: THE APPLICATION AND MOTION SEEK AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY 10:00 A.M. ON NOVEMBER 16, 2026.**

**YOUR RESPONSE MUST STATE WHY THE APPLICATION AND MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AND MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

**PLEASE TAKE NOTICE** that on November 10, 2026, the Debtors filed an *Application to Employ Desai Law Firm as Co-Counsel* [Docket No. 251] (the "Application") and the *Debtor's Motion to Expedite Hearing* [Docket No. 253] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Application and Motion on November 16, 2026 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5 North at the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri.

Respectfully submitted,

CARMODY MACDONALD P.C.

By:/s/ *Robert E. Eggmann*
ROBERT E. EGGMANN #37374MO
SAMUEL S. BRAND #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
ssb@carmodymacdonald.com

ATTORNEYS FOR TEGETHOFF DEVELOPMENT, LLC, TEGETHOFF DEVELOPMENT CO, LLC, AND PEARL CAPITAL MANAGEMENT LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document was served electronically on all parties scheduled on the Court's ECF Notice List and served upon all interested parties and all creditors as listed on the Matrix in the above-captioned cause by enclosing the same in an envelope addressed to the interested parties and the creditors at their addresses disclosed by the pleadings of record, on this 10th day of November, 2026.

/s/ *Robert E. Eggmann*