**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 26-42401-357 |
| | ) | |
| TEGETHOFF DEVELOPMENT, LLC;<br>TEGETHOFF DEVELOPMENT CO, LLC;<br>PEARL CAPITAL MANAGEMENT, LLC, | )<br>)<br>) | Honorable Brian C. Walsh<br>Chapter 11 Proceeding |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**<u>DEBTORS' MOTION TO CONTINUE HEARINGS ON COMPETING DISCLOSURE STATEMENTS AND MOTION TO EXTEND EXCLUSIVITY</u>**

COME NOW Debtors Tegethoff Development, LLC, Tegethoff Development Co, LLC and Pearl Capital Management LLC (the "Debtors"), by and through counsel, and for this *Motion to Continue Hearings on Competing Disclosure Statements and Motion to Extend Exclusivity* (this "**Motion to Continue**") respectfully state as follows:

1. On September 30, 2026, Debtors filed their *Disclosure Statement for Debtors' Joint Plan of Reorganization Dated September 30, 2026* [Docket No. 183] (the "**Debtors' Disclosure Statement**"). The Debtors' Disclosure Statement is currently set for hearing before this Court on November 16, 2026 at 10:00 a.m.

2. On September 30, 2026, Debtors filed their *Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement* [Docket No. 185] (the "**Motion to Extend**"). The Motion to Extend is currently set for hearing before this Court on November 16, 2026 at 10:00 a.m.

3. On October 6, 2026, Lakeport Hotel, LLC and Oasis at Lakeport LLC ("**Lakeport**") filed the *Moving Creditors' Disclosure Statement for Plan of Liquidation* [Docket

No. 198] (the "**Moving Creditors' Disclosure Statement**"). The Moving Creditors' Disclosure Statement is currently set for hearing before this Court on November 16, 2026 at 10:00 a.m.

4. Due to personal health related matters of Debtors counsel, Debtors find themselves down two lawyers six days out from the hearing on the above matters.

5. Debtors have filed an Application to Employ the Desai Law Firm LLC as Co-Counsel [Docket No. 251] to help assist, but said application has not yet been granted, and it will take significant time to bring co-counsel up to speed to assist in these matters.

6. As such, Debtors request this Court enter an order continuing the hearing on Debtors' Disclosure Statement, the Motion to Extend, and Moving Creditors' Disclosure Statement **to a date convenient to the Court after November 24, 2026 or otherwise agreed to by the Parties.**

7. Debtors do not believe it would be detrimental or prejudicial to any parties should the Court grant the relief requested in this Motion to Continue.

WHEREFORE Debtors Tegethoff Development, LLC, Tegethoff Development Co, LLC and Pearl Capital Management LLC respectfully ask this Court enter an Order continuing the hearing on Debtors' Disclosure Statement, the Motion to Extend, and Moving Creditors' Disclosure Statement **to a date convenient to the Court after November 24, 2026 or otherwise agreed to by the Parties**, and for any other relief this Court deems just and proper.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: */s/ Robert E. Eggmann*

ROBERT E. EGGMANN #37374MO
SAMUEL S. BRAND #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600

(314) 854-8660 – FAX
ree@carmodymacdonald.com
ssb@carmodymacdonald.com

ATTORNEYS FOR TEGETHOFF DEVELOPMENT, LLC,
TEGETHOFF DEVELOPMENT CO, LLC, AND PEARL CAPITAL
MANAGEMENT LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document was served electronically on all parties scheduled on the Court's ECF Notice List and served upon all interested parties and all creditors as listed on the Matrix in the above-captioned cause by enclosing the same in an envelope addressed to the interested parties and the creditors at their addresses disclosed by the pleadings of record, on this 10th day of November, 2026.

/s/ *Robert E. Eggmann*