**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-42401-357 |
| | ) | Chapter 11 |
| **TEGETHOFF DEVELOPMENT, LLC, *et al.*,** | ) | (Jointly Administered) |
| | ) | |
| Debtors.[1] | ) | Related to Doc. 259 |

**ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES**

This matter is before the Court on the Parties' Joint Motion to Extend Certain Deadlines (the "Motion"). Upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Motion (Doc. 259) is **GRANTED**.

2. The discovery deadline for the Motion to Appoint Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104 is extended to December 3, 2026. All other deadlines set in the Court's September 25, 2026 Order (Doc. 176) shall remain the same.

3. No later than two (2) business days after the date of this Order, the Debtors shall serve on all parties in interest a copy of the Order and shall file a certificate of service no later than twenty-four (24) hours after service.

Dated: November 16, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

**Kaylin Oldham Cook**
McCarter & English
10 East Main Street, Suite 200
Carmel, IN 46032
317-810-5495
kcook@mccarter.com

[1] The Debtors in the above-captioned, jointly administered chapter 11 case, along with the last four digits of each Debtor's federal taxpayer-identification number are (i) Tegethoff Development, LLC (2787); (ii) Tegethoff Development Co, LLC (2441), Case No. 26-42402; and (iii) Pearl Capital Management, LLC (5045), Case No. 26-42403.