**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 26-42401-169** |
| | ) | |
| **TEGETHOFF DEVELOPMENT, LLC,** | ) | **Honorable Bonnie L. Clair** |
| **TEGETHOFF DEVELOPMENT CO,** | ) | **Chapter 11 Proceeding** |
| **LLC, and** | ) | |
| **PEARL CAPITAL MANAGEMENT LLC,** | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the *Order Granting Debtors' Motion to Continue Hearings* (Dkt. No. 257) were served via electronic mail and via U.S. Mail, postage prepaid, on the 19th day of November, 2026, to the United States Trustee, the list of Creditors Holding 20 Largest Unsecured Claims, Secured Creditors, and all parties listed in the attached mailing matrix.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: */s/ Robert E. Eggmann*

ROBERT E. EGGMANN #37374MO
SAMUEL S. BRAND #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600 // (314) 854-8660 – FAX
ree@carmodymacdonald.com
ssb@carmodymacdonald.com

*Attorneys for Tegethoff Development LLC et al.*