**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 26-42401-357 |
| | ) | |
| TEGETHOFF DEVELOPMENT, LLC;<br>TEGETHOFF DEVELOPMENT CO, LLC;<br>PEARL CAPITAL MANAGEMENT, LLC, | )<br>)<br>) | Honorable Brian C. Walsh<br>Chapter 11 Proceeding |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**<u>DEBTORS' MOTION TO CONTINUE HEARING ON CASH COLLATERAL MOTION</u>**

COME NOW Debtors Tegethoff Development, LLC, Tegethoff Development Co, LLC and Pearl Capital Management LLC (the "Debtors"), by and through counsel, and for this *Motion to Continue Hearing on Cash Collateral Motion* (this "Motion to Continue") respectfully state as follows:

1. Tegethoff Development, LLC's *Motion for Entry of Interim and Final Orders Authorizing (I) Tegethoff Development, LLC the Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code and (II) Setting Final Hearing for use of Cash Collateral* [Dkt. No. 27] (the "Cash Collateral Motion"), as supplemented on November 9, 2026 (the "Supplement") [Dkt. No. 247] is currently set for hearing on November 23, 2026 (the "Hearing Date").

2. Creditors Lakeport Hotel, LLC and Oasis at Lakeport, LLC (collectively "Lakeport") filed their Objection to the Cash Collateral Motion [Dkt. 261] on November 16, 2026.

3. Creditors Solera Pearl, LLC, Solera Expo, LLC, Aspen Investment Group, LLC, Solera Multifamily, LLC, and Hickory Investors, LLC (collectively, the "Solera") filed their Objection to the Cash Collateral Motion [Dkt 262] on November 16.

4. There is currently a hearing set for December 1, 2026 to address a number of matters which will likely address issues intertwined with those at issue in the Cash Collateral

Motion. In the interest of efficiency, the Debtors request the Court **continue the Hearing Date on the Cash Collateral Motion and reset the matter for hearing on December 1, 2026** so it can be addressed in concert with the other matters to be heard on that date.

5. The Debtors have reached out to all parties in interest and both Lakeport and Solera have expressly consented to the continuance. As of the date hereof, the Debtors have received no objections to this Motion to Continue.

WHEREFORE Debtors Tegethoff Development, LLC, Tegethoff Development Co, LLC and Pearl Capital Management LLC respectfully ask this Court enter an Order **continuing the hearing on the Cash Collateral Motion to December 1, 2026** and for any other relief this Court deems just and proper.

Respectfully submitted,

CARMODY MACDONALD P.C.

By:/s/ *Robert E. Eggmann*

ROBERT E. EGGMANN #37374MO
SAMUEL S. BRAND #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
ssb@carmodymacdonald.com

-and-

THE DESAI LAW FIRM LLC

By:/s/ *Spencer P. Desai*

Spencer P. Desai, Missouri Bar No. 39877
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
(314) 666-9781
(314) 854-8660 – FAX
spd@desailawfirmllc.com

ATTORNEYS FOR TEGETHOFF DEVELOPMENT, LLC, TEGETHOFF DEVELOPMENT CO, LLC, AND PEARL CAPITAL MANAGEMENT LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this document was served electronically on all parties scheduled on the Court's ECF Notice List, on this 20th day of November, 2026.

/s/ *Robert E. Eggmann*